UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------- X
LINDA UNGERLEIDER,                :
                                   :  CIVIL ACTION NO.:
         Plaintiff                 :  3:02CV659(AVC)
                                   :
    v.                             :
                                   :
FLEET MORTGAGE GROUP OF            :
FLEET BANK [sic],                  :
                                   :
         Defendant                 :  NOVEMBER 4, 2003
---------------------------------------------------- X

## MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION

The Defendant Fleet Mortgage Group, Inc. respectfully requests that the Court grant an extension of time of five (5) days, up to and including November 10, 2003, for the defendant to file a Motion for Summary Judgment. The Defendant requires the additional time to confer with its client and to finalize the brief drafted in support of the Defendant's motion. This is the Defendant's second request for an extension of time, and this deadline has been extended previously through motions to extend the discovery date. The Plaintiff does not object to this extension.

                           Respectfully submitted,
                           THE DEFENDANT
                           WASHINGTON MUTUAL BANK, FA as
                           successor in interest by operation of law to
                           Washington Mutual Home Loans, Inc., the
                           successor by merger to Fleet Mortgage Corporation

By: _____
            Kristi E. Mackin (ct23394)
            Brown Raysman Millstein Felder & Steiner, LLP
            CityPlace II, 10th Floor
            185 Asylum Street
            Hartford, CT 06103
            (860) 275.6400

## **CERTIFICATION**

    This is to certify that on November 4, 2003, a true copy of the foregoing Objections and Responses to Plaintiff's Second Request for Production was sent via first-class mail, postage prepaid, to:


Ellen M. Telker, Esq.
564 Boston Post Road
Milford, CT  06460

Gary Phelan, Esq.
Klebanoff & Phelan, P.C.
433 South Main Street, Suite 117
West Hartford, CT  06110


_____
Kristi E. Mackin

2