UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------- X
LINDA UNGERLEIDER,                             :
                                               : CIVIL ACTION NO.:
         Plaintiff                             : 3:02CV659(AVC)
                                               :
    v.                                         :
                                               :
FLEET MORTGAGE GROUP OF                        :
FLEET BANK [sic],                              :
                                               :
         Defendant                             : NOVEMBER 4, 2003
---------------------------------------------- X

## MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION

The Defendant Fleet Mortgage Group, Inc. respectfully requests that the Court grant an extension of time of five (5) days, up to and including November 10, 2003, for the defendant to file a Motion for Summary Judgment. The Defendant requires the additional time to confer with its client and to finalize the brief drafted in support of the Defendant's motion. This is the Defendant's second request for an extension of time, and this deadline has been extended previously through motions to extend the discovery date. The Plaintiff does not object to this extension.

Respectfully submitted,
THE DEFENDANT
WASHINGTON MUTUAL BANK, FA as
successor in interest by operation of law to
Washington Mutual Home Loans, Inc., the
successor by merger to Fleet Mortgage Corporation

By: _____
    Kristi E. Mackin (ct23394)
    Brown Raysman Millstein Felder & Steiner, LLP
    CityPlace II, 10th Floor
    185 Asylum Street
    Hartford, CT  06103
    (860) 275.6400

1

*[Margin annotations: "GRANTED. Alfred V. Covello, U.S.D.J." and "November 6, 2003. SO ORDERED."]*