UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ------------------------------------------------- X | | |
| **LINDA UNGERLEIDER,** | : | |
| | : | **CIVIL ACTION NO.:** |
| Plaintiff | : | **3:02CV659(AVC)** |
| | : | |
| v. | : | |
| | : | |
| **FLEET MORTGAGE GROUP OF FLEET BANK [sic],** | : | |
| | : | |
| | : | |
| Defendant | : | NOVEMBER 10, 2003 |
| ------------------------------------------------- X | | |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Washington Mutual Bank FA, as successor in interest by operation of law to Washington Mutual Home Loans, Inc., the successor by merger to Fleet Mortgage Corporation ("FMG"), hereby moves this Court for an Order of Summary Judgment in its favor, as there is no material facts supporting plaintiff's claims. Plaintiff, Linda Ungerleider, makes five basic claims in this case: (1) constructive discharge on account of her religion and disability; (2) religious discrimination; (3) disability discrimination; (4) failure to accommodate disability; and (5) retaliation for taking a medical leave of absence. However, the undisputed facts show, <u>inter alia</u>, that: (1) plaintiff was not constructively discharged because the matters alleged by plaintiff do not rise to a sufficiently serious level such that a reasonable person would have felt compelled to resign; (2) the issues and concerns regarding plaintiff's performance and unacceptable treatment of fellow employees were unrelated to her religion and indeed pre-dated any awareness of her religion; (3) the issues and concerns regarding plaintiff's performance and unacceptable treatment of fellow employees were unrelated to her disability and indeed predated any assertion

of disability; (4) FMG reasonably accommodated plaintiff's disability, albeit not in the precise manner demanded by her; and (5) plaintiff's retaliation claim is time-barred. For the reasons set forth more fully below, judgment as a matter of law should be granted as to each claim asserted by plaintiff.

In support thereof, FMG attaches its Memorandum of Law in Support of Defendant's Motion for Summary Judgment.

Respectfully submitted,

THE DEFENDANT
WASHINGTON MUTUAL BANK, FA as successor in interest by operation of law to Washington Mutual Home Loans, Inc., the successor by merger to Fleet Mortgage Corporation

By: _____
Beverly W. Garofalo (ct11439)
Brown Raysman Millstein Felder
 & Steiner, LLP
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT  06103
(860) 275.6400

2

HARTFORD 80274v1

## CERTIFICATION

       This is to certify that on November 10, 2003, a true copy of the foregoing Motion for Summary Judgment was sent via first-class mail, postage prepaid, to:

Ellen M. Telker, Esq.
564 Boston Post Road
Milford, CT  06460

 

_____
Beverly W. Garofalo

3

HARTFORD 80274v1