## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

-------------------------------------------------- X
LINDA UNGERLEIDER,                      :
                                                        :   CIVIL ACTION NO.:
      **Plaintiff**                          :   **3:02CV659(AVC)**
                                                        :
  **v.**                                         :
                                                        :
**FLEET MORTGAGE GROUP OF**   :
**FLEET BANK [sic],**                      :
                                                        :
    **Defendant**                       :   **NOVEMBER 10, 2003**
-------------------------------------------------- X

### AFFIDAVIT OF BEVERLY W. GAROFALO

I, Beverly Garofalo, am over the age of eighteen (18) and understand the obligations of an oath.

1.  I have personal knowledge of the matters attested to herein, and participated in all of the depositions addressed below.

2.  I am counsel for Defendant Washington Mutual Bank FA, as successor in interest by operation of law to Washington Mutual Home Loans, Inc., the successor by merger to Fleet Mortgage Corporation ("FMG").

3.  Attached as Exhibit A is a true and accurate copy of relevant excerpts of the deposition of plaintiff Linda Ungerleider, hereinafter "Pl. Dep.," held on May 8, 2003 and July 14, 2003.

4.  Attached as Exhibit B is a true and accurate copy of relevant excerpts of the deposition of Kevin Moran, held on July 22, 2003 and September 4, 2003.

5.  Attached as Exhibit C is a true and accurate copy of relevant excerpts of the deposition of Joseph DellaPuca, Executive Director of Laurel Gardens, held on July 28, 2003.

6.  Attached as Exhibit D is a copy of CHRO Form 103 - Affidavit of Illegal Discrimination and Complaint Affidavit submitted by plaintiff and which is authenticated at Pl. Dep. at 345.

_____
Beverly Garofalo

Signed and sworn to before me
this 10th day of November 2003.


_____
Notary Public/
Commissioner of Superior Court

2