## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
------------------------------------------------ X
LINDA UNGERLEIDER,                               :
                                                 :   CIVIL ACTION NO.:
        Plaintiff                                :   3:02CV659(AVC)
                                                 :
    v.                                           :
                                                 :
FLEET MORTGAGE GROUP OF                          :
FLEET BANK [sic],                                :
                                                 :
        Defendant                                :   NOVEMBER 10, 2003
------------------------------------------------ X
```

## APPENDIX OF UNPUBLISHED DECISIONS CITED IN

1. Davila v. The City of New York, et al., 99 Civ. 1885 (RNB) (AJP), 2000 U.S. Dist. LEXIS 17012, *15 (S.D.N.Y. 2000).

2. Harewood v. Beth Isr. Med. Ctr., 02 Civ. 5511 (HB), 2003 U.S. Dist. LEXIS 10002, *11-12 (S.D.N.Y., June 12, 2003)

3. Javier v. Beiersdorf, Inc., Civil No. 3:01cv458(AVC), 2002 U.S. Dist. LEXIS 8731 at * 16-17 (D.Conn, April 11, 2002)

4. Arnold v. United International Video Stores, 3:93cv1976 (AVC) 1994 U.S. Dist. LEXIS 20770 at * 15-16 (D. Conn. Aug. 17, 1994)

5. Mathurin v. Skrivaneck, , 2003 U.S. Dist. LEXIS 10200 at *32-33 (S.D.N.Y. June 5, 2003)

6. Satterfield v. United Parcel Service, 00 Civ.7190, 2003 U.S. Dist. LEXIS 17229 at *33, 34 (S.D.N.Y. September 28, 2003)

7. Rinsler v. Sony Pictures Engm't, Inc., 2003 U.S. Dist. LEXIS 14754, *23-24

8. . Tutko v. James River Paper Company, Inc., No. 3:96CV1256(AVC), 1998 U.S. Dist. LEXIS 20614 at *13 (D.Conn. 1998), citing Ezold v. Wolf, Block, Schorr, and Solis-Cohen, 983 F.2d 509, 545 (3d Cir. 1992)

9. Cavuoto v. Oxford Health Plans, 3:99CV446(EBB), 2001 U.S. Dist. LEXIS 14357 at *11 (D. Conn. June 13, 2001)

10. . Hanger v. Lake County, et al., Civil No. 011506 (RHK/RLE) 2002 U.S. Dist. LEXIS 25403 at *12-13 (D. Minn., Dec. 31, 2002)

11. .   Morris v. New York City Dep't of Sanitation, No. 99 Civ. 4367, 2003 U.S. Dist. LEXIS 5146, 2003 WL 1739009, at *20 (S.D.N.Y. Apr. 2, 2003)

Case 3:02-cv-00659-AVC   Document 48-6   Filed 11/10/2003   Page 2 of 2