UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------- X
LINDA UNGERLEIDER,                                   :
                                                     :   CIVIL ACTION NO.:
         Plaintiff                                   :   3:02CV659(AVC)
                                                     :
    v.                                               :
                                                     :
FLEET MORTGAGE GROUP OF                              :
FLEET BANK [sic],                                    :
                                                     :
         Defendant                                   :   NOVEMBER 17, 2003
---------------------------------------------------- X

### DEFENDANT'S MOTION TO AMEND MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Washington Mutual Bank FA, as successor in interest by operation of law to Washington Mutual Home Loans, Inc., the successor by merger to Fleet Mortgage Corporation ("FMG"), hereby moves this Court for leave to amend Defendant's Memorandum of Law in Support of Defendant's Motion for Summary Judgment and attached exhibits, previously filed on November 10, 2003. The Amendment seeks to make corrections of an administrative nature in an effort to assist the Court and plaintiff's counsel in its review of Defendant's Memorandum. No substantive changes have been made to the original filing.

Plaintiff's counsel has been notified that defendant is seeking this leave to amend, and has already informed Defendant's counsel that she will require an extension of time of up until and including December 31, 2003 to respond to the memorandum. Defendant's counsel has no objection to this extension. Therefore, defendant's amendment will cause no prejudice to plaintiff.

**ORAL ARGUMENT IS NOT REQUESTED**

Respectfully submitted,

THE DEFENDANT
WASHINGTON MUTUAL BANK, FA as successor in interest by operation of law to Washington Mutual Home Loans, Inc., the successor by merger to Fleet Mortgage Corporation

By: _____
Beverly W. Garofalo (ct11439)
Brown Raysman Millstein Felder
 & Steiner, LLP
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103
(860) 275.6400

## CERTIFICATION

This is to certify that on November 17, 2003, a true copy of the foregoing Motion to Amend was sent via first-class mail, postage prepaid, to:

Ellen M. Telker, Esq.
564 Boston Post Road
Milford, CT 06460

_____
Beverly W. Garofalo