Page 64

```
 1            borrow -- I think he wanted to borrow as much
 2            as he could.  He didn't want to have to use his
 3            other assets.  So the loan amount can change
 4            during the process of the application.
 5       Q    If you have sold your home and it's under
 6            contract, would you put that you were asking a
 7            certain price for your home?
 8       A    There is a section of the application where you
 9            state the value of your home, and typically if
10            the home is on deposit, you typically put --
11            whether it would be me putting it or the
12            customer putting it, you state the sales price
13            because that determines the value.
14       Q    Not an asking price because an asking price
15            would indicate that it was on the market?
16       A    If the customer is filling out his own
17            application, I don't know what he would
18            consider value.
19       Q    So you learned that there was an issue about
20            whether or not his home was under contract from
21            Barbara Tartaglia?
22       A    That's how I learned, yes.
23       Q    Can you give me any idea how soon after that
24            Saturday meeting with Mr. Buckins you learned
25            that?
```

Page 65

```
 1   A   Well, apparently it became an issue for him

 2       because --

 3   Q   Can you listen to the question?

 4   A   Well, the answer is it had to be sometime where

 5       he received an approval -- I mean a loan

 6       condition or approval.

 7   Q   And about how long would that typically take?

 8   A   With Fleet it could be anywheres from two weeks

 9       to months and months.  It depends on the

10       customer.

11   Q   So do you have any idea of whether you were

12       hearing about this --

13   A   I know when I heard about it.

14   Q   Okay.  When did you hear about it?

15   A   I mean, I don't know the date.  I don't know

16       the date whatsoever or I don't know how many

17       days went by from the time it was taken, but I

18       know that it became an issue because he was

19       flipped to a different mortgage product than

20       what he applied for.

21   Q   Because his house had not sold?

22   A   Right, and it cost him more money because of

23       that.

24   Q   Because he originally got an approval with a

25       condition if his house sold?
```

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 66

1  A      Apparently -- because I'm not in the

2         underwriting or the processing of that and I

3         was out, but apparently what happened is

4         because -- because of what was on the

5         application, it put him into a different type

6         of mortgage.  Actually, I believe it was called

7         a Mortgage 1 mortgage.

8                  What Mr. Buckins wasn't happy about

9         was it was a much more expensive type of

10        mortgage.  Instead of getting the zero points

11        that he was going to be able to get with his

12        house sold, he ended up -- I believe it was

13        something like $6500 that he was going to have

14        to come up with at the closing because his

15        house didn't sell as he believed it did.  So

16        that's what he was really unhappy about.

17  Q     Were you ever in communication with somebody

18        named Jeff Craw at William Raveis?

19  A     Jeff Craw?  I don't know the name.

20  Q     Did you have a fax at your home?

21  A     Yes.

22  Q     Can you tell me what that fax number is?

23  A     That's before we moved.  I don't know that.

24  Q     Does the number 799-4775 -- is that a familiar

25        fax number to you?

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 67

1    A    My number was 795-0606.

2    Q    Was 799-4775 the fax number at Orange?

3    A    Oh, the Orange branch?

4    Q    Yes.

5    A    I do not remember.

6    Q    But it's your testimony that the first you ever

7        learned that his home had not actually sold or

8        was not under contract to be sold was when he

9        received word on whether his loan had been

10       approved?

11    A    Yes.

12    Q    So you never had any communication from anybody

13       at William Raveis telling you that his home was

14       up for sale for $419,000?

15    A    No.

16    Q    And you never had any communication from

17       anybody from William Raveis enclosing for you a

18       copy of his sales contract putting his house up

19       for sale?

20    A    No.

21    Q    So it's your testimony then, I would assume,

22       that you've never seen this document before?

23           MS. GAROFALO: Let's mark this.

24

25           (Defendant's Exhibit No. 9,

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 68

1                                        fax, 2/16/00, and attachment,

2                                        marked for identification.)

3

4    BY MS. GAROFALO:

5        Q      This has been marked as Defendant's Exhibit 9,

6               and it's a facsimile cover sheet from Jeff Craw

7               at William Raveis to Linda Ungerleider.

8                       MS. TELKER:   It's just a cover sheet?

9        A      Yeah.  This was never received to me.

10   BY MS. GAROFALO:

11       Q      Attached with an exclusive right to sell

12              listing contract.

13       A      This was never ever -- I never even knew he

14              listed with William Raveis Realty, and after

15              the point of origination, any documents that I

16              didn't ask for, Ava Simonelli who was the

17              processor at the time who happened to have been

18              a good processor at the time would have gone

19              directly to the customer to get information.

20       Q      Okay.  So you've --

21                      MS. TELKER:   Just what was the date on

22              that fax?

23                      MS. GAROFALO:  February 16th, 2000.

24                      Can we just mark this for ID?

25

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 93

1    called midday rate changes.  So we'd have to be

2    familiar with anything changing in the rates.

3          It got to the point where the

4    processors -- they were inundated with files.

5    I don't remember how many, but an enormous

6    amount of workload, and so it would be easier

7    for them to E-mail if they needed an answer,

8    they needed something quick.  So things changed

9    throughout the last year to when I wasn't at

10   Fleet anymore, but it was pretty nonstop with

11   customers.

12   Q   And you mentioned -- let's say on average in

13       '99 or 2000 how many different branches were

14       within your territory, if that's the right way

15       to refer to them?

16   A   I think it was.  See, I had Orange.  That was

17       my main branch, and that's where people came to

18       do loans with me, Milford because my office was

19       there and all the different forms I would need

20       depending on the interview, what circumstances.

21       There would just be tons of forms so nobody

22       would bring them all with them.  It was Orange,

23       the Milford green, Milford at the post, Milford

24       by Gloria's.  This is how they determine them,

25       West Haven.  I believe I had West Haven, and

Ungerleider vs Fleet Mortgage Group

Page 94

```
 1              before Moran took the first two branches away
 2              from me, there was Seymour, Ansonia, Shelton
 3              and Trumbull.  Oh, and then before I was no
 4              longer with Fleet, there was also Amity became
 5              a branch.
 6       Q      And did you have a schedule by which you would
 7              go to these branches?
 8       A      It was total -- we didn't know from one minute
 9              to the next what your schedule would look like
10              unless you had a specific appointment to meet a
11              customer, and customers in the New Haven County
12              would be more -- New Haven County would be
13              asked to meet me in Orange, and Trumbull I
14              didn't have that many opportunities, but the
15              Trumbull one I would only go if they asked me
16              to come to speak at a meeting.
17                   At the time when it wasn't as busy, we
18              would make every effort we could to go
19              frequently so we could remind them that we were
20              there to do loans, but when it got really,
21              really busy and we'd get maybe 30, 40 or more
22              calls a day, we weren't really able to go
23              around as much.
24       Q      So were you pretty much full-time in the Orange
25              location?
```

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 105

1          you needed to be able to go and see

2          customers --

3    A     I think ultimately --

4    Q     Wait.  Let me ask the question -- how was the

5          laptop -- I mean having a PC in Orange going to

6          address the issue of your needing to have

7          access to communication when you traveled

8          outside of Orange?

9    A     Because it would have been -- it would have

10         been an agreement, like an accommodation to

11         say, okay, you can keep your job by doing --

12         staying in Orange where I was most of the time

13         anyways to do most of the work which was mostly

14         telephone work or input or communication.

15              So for the very few times that I had

16         to go to another branch, the very limited

17         times -- like if there was a staff meeting or

18         there was an unusual situation.  A customer

19         sometimes -- if they're not English speaking,

20         they're more comfortable face to face versus a

21         telephone conversation.  So for those few

22         times, I would have to go to the branches, but

23         the predominant amount of work for every loan

24         officer at Fleet and every loan officer in the

25         industry is to be at one location and also to

d4b99268-03b9-477f-bc3a-f009df837d6a

Uffleider vs Fleet Mortgage Group

5/8/2003                                                                              Linda Ungerleider

Page 106

| | | |
|---|---|---|
| 1 | | have at night to be able to do the job as well. |
| 2 | Q | So the biggest time or the most customary time |
| 3 | | that you would have to transport this |
| 4 | | equipment, that list that we talked about, |
| 5 | | would be coming to work in the morning and |
| 6 | | leaving in the evening? |
| 7 | A | Right. |
| 8 | Q | Okay.  And did you have a computer at home? |
| 9 | A | I had -- we had a private PC, but the software |
| 10 | | which seems to be what was the biggest deal was |
| 11 | | that installing the -- there were PCs the |
| 12 | | maintenance people told me collecting dust. |
| 13 | | There was never a question that there could |
| 14 | | have been a PC to do this job just like they |
| 15 | | did it in the headquarters, headquarters in |
| 16 | | Shelton and Seymour and headquarters in |
| 17 | | Providence, Rhode Island.  They had PCs that |
| 18 | | did the same thing as a laptop.  So there was |
| 19 | | never -- there shouldn't have been a question |
| 20 | | of just making a simple accommodation. |
| 21 | Q | That wasn't my question.  My question was -- |
| 22 | A | Oh, the private one at home -- |
| 23 | Q | -- would not have worked? |
| 24 | A | Yeah, well, unless they were willing to install |
| 25 | | it.  Then I could have kept the laptop in |

d4b99268-03b9-477f-bc3a-f009df837d6a

Ungerleider vs Fleet Mortgage Group

5/8/2003

Linda Ungerleider

Page 111

```
 1          evening --

 2    A     It was my choice --

 3    Q     -- to be a top producer?

 4    A     To be a top producer, but also there would be

 5          circumstances where work wouldn't be finished

 6          at the end of the day, where the processor and

 7          I would need to get ahold of each other.  So it

 8          would require work at home, and I would need to

 9          be at home as a mom and a wife for other

10          reasons so I'd have to take the laptop.

11    Q     But the office was just a little over a mile

12          away.  So up until the time when that office

13          was removed from you, there would have been

14          nothing to have prohibited you from going in in

15          the evening if you needed to do work?

16    A     There was nothing -- there wouldn't have been

17          anything prohibitive, but it wouldn't be

18          something that I ideally would want to walk

19          into the branch alone.  There's something

20          different about being in the branch and having

21          the door locked versus walking into the branch

22          at night and unlocking the bank door on the

23          Post Road which is really high access to the

24          public.  So it was very -- people worked at

25          home at night.  It was almost equal to work at
```

Brandon Smith Reporting Service

d4b99268-03b9-477f-bc3a-f009df837d6a

Ungerleider vs Fleet Mortgage Group

5/8/2003                                                    Linda Ungerleider

Page 112

1       home at night, and even though it was a short

2       distance, it wasn't practical as a mother,

3       working mother, to go back and forth.  It just

4       wouldn't have worked.

5   Q   So at what point in time did you or your

6       doctors tell Fleet that you needed to have --

7       or that you were requesting that you have a PC

8       at your location in Orange?

9   A   What time?

10  Q   Yeah.

11  A   The last go-about of not getting better.  It

12      was then felt that any -- I was just carrying

13      too much for me and that it was causing further

14      risk and further damage.  So it didn't seem

15      like such a big deal to request --

16  Q   The question is:  When?  Was that in 2000 when

17      you were on disability leave?

18  A   Yes.

19  Q   Yes.

20  A   I'm sorry.

21          MS. TELKER:  When did you make the

22      request?

23  A   My return back to work was -- I was only given

24      permission through my doctors and through

25      Fleet's administrators to come back to work

d4b99268-03b9-477f-bc3a-f009df837d6a

Ungerleider vs Fleet Mortgage Group

5/8/2003                                                              Linda Ungerleider

Page 130

1        raises.  So I'm assuming that -- it's an

2        assumption.

3    Q   Okay.

4    A   I guess I surmise.

5    Q   Okay.  But you don't have any specific facts

6        other than the fact that they're Jewish and

7        they weren't promoted?

8    A   Right.

9    Q   Okay.  And how long had you been working at the

10       Orange branch while Cindy Norris was the

11       manager?

12   A   I think a couple years, a few years.

13   Q   And do you think that she seized upon an

14       opportunity to get you out of the bank after

15       the issues that arose between you and Barbara

16       Tartaglia?

17   A   I don't know the answer.

18   Q   And, again, you don't know whether your

19       religion had anything to do with it?

20   A   Not with her.

21   Q   Okay.  Have you ever told anybody that you

22       believe that Cindy Norris is anti-Semitic?

23   A   Have I ever told anybody?

24   Q   Yes.

25   A   Other than my attorneys and my husband, those

d4b99268-03b9-477f-bc3a-f009df837d6a

Case 3:02-cv-00659-AVC   Document 59-5   Filed 14/17/2003   Page 13 of 35
5/8/2003                     Ungerleider vs Fleet Mortgage Group
                                                      Linda Ungerleider

Page 123

1          up in the branch and getting them" -- "why

2          aren't you picking your things up and getting

3          them to the processing," and then the next call

4          would be, "You aren't supposed to be in the

5          branch."  It was constant harassment.  Any

6          reasonable person would not have been able to

7          tolerate it.

8                   The day that I was forced to resign, I

9          begged to go to a different location in the

10         E-mail which you have asking -- begging -- it

11         was definitely a plea, very clearly a plea, to

12         report to somebody else because I did not want

13         to leave that job.  I knew I'd never ever be

14         able to make the kind of money that I made.  I

15         loved the job.  I worked close to my home.  I

16         was doing extremely well.  We had just bought a

17         home based on being approved with making a

18         six-digit income.  Fleet gave us a loan based

19         on my income and my husband's.  It was just

20         horrible.

21    Q    Did anybody ever tell you you were fired?

22         That's a yes or no answer.

23    A    No.

24    Q    So going back, do you think -- who do you think

25         within the Fleet organization had it in for you

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 132

```
 1    A    Yes.

 2    Q    And I would venture to guess that you believe

 3         that many of the statements contained therein

 4         are not true?

 5    A    Definitely not true.

 6    Q    Okay.  Why do you think Barbara Tartaglia would

 7         be lying about you?

 8    A    My feeling was that it has to do with the --

 9         and I put that in my statement prior -- that

10         when she first came into the branch she

11         discussed with me refinancing her investment

12         property, and in doing that discussion, I laid

13         out the parameters of the loan.  Investment

14         properties are charged -- investors are charged

15         1-1/2 points.  It's 1-1/2 percent the amount of

16         the mortgage.

17              When Fleet -- she decided not to

18         refinance.  When Fleet had the opportunity to

19         do that FleetOne where it's a one-page quick

20         step and they were testing a pilot seeing if

21         branch people could possibly do more than they

22         do loans, she -- I believe she had said to me

23         that in the same week -- she made it a point to

24         tell me that she applied, did that one-step

25         thing right away when she took advantage of it,
```

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 133

1              and she submitted it, and they did this loan
2              for her on the investment property, but she
3              made the point to tell me they did zero points.
4              "If they didn't charge points, why were you
5              going to charge me points?"
6                      I tried to explain to her that because
7              a lot of people think that mortgage brokers
8              versus mortgage bankers can charge people
9              points and make money off of them -- I
10             explained to her that this was the policy of
11             investment property.  Everybody had charged
12             1-1/2 points, that she must have just slipped
13             through -- what do you call -- this was a
14             brand-new product and just slipped through the
15             cracks and she was lucky and got the loan
16             approved without it.  From that point prior to
17             that, we had a great relationship.  We built
18             business relationships together.
19      Q      When do you think that this exchange with her
20             happened?
21      A      The exchange --
22      Q      Spring of 1999 concerning the -- her own
23             refinance or mortgage?
24      A      With me?
25      Q      Yes.

d4b99268-03b9-477f-bc3a-f009df837d6a

5/8/2003

Linda Ungerleider

Page 134

```
 1    A    I don't remember other than it was -- I believe
 2         it was -- I believe it was soon from when she
 3         started with the company, and I was there as a
 4         loan officer.  Rates had dropped, and she was
 5         interested in finding out if she could
 6         refinance, but I don't remember when.  I think
 7         that's what harbored that, because other than
 8         that, there wasn't anything.  It was very
 9         surprising.  She had a really, really bad week
10         that week though, really bad week.
11    Q    So going from -- so you think that she was
12         angry with you from whenever it was that you
13         two had these discussions about her own
14         personal loan all the way through until the
15         incident involving Mr. Buckins?
16    A    That she harbored it?
17    Q    Yes.
18    A    I think people harbored thinking they were
19         getting ripped off.
20    Q    The question is yes or no.
21    A    Yes.
22    Q    So is there anything else that you can think of
23         as to why she would have put lies in her
24         statement about you?
25    A    Not at all.
```

Page 138

```
 1            having a disability or being on a leave of

 2            absence?

 3     A      No.

 4     Q      Stan Buckins --

 5     A      Jonathan Buckins?

 6     Q      I'm sorry, Jonathan Buckins.  I apologize.

 7            Jonathan Buckins, according to what you

 8            understand, said things that were not truthful

 9            about you?

10     A      Jonathan Buckins said things -- I think that

11            some of the employees said that he said things.

12            I don't recall him saying anything.

13     Q      Okay.  But employees related things --

14            attributed statements to Jonathan Buckins that

15            were not in your view accurate?

16     A      They were inaccurate, right.

17     Q      Do you have any reason to think Mr. Buckins

18            harbored some type of animus or bias against

19            you for some reason?

20     A      No.  He just didn't like loan officers.

21     Q      So --

22     A      Possibly.  I mean, if he harbored anything

23            against me, it would be the second loan officer

24            at Fleet he didn't like so --

25     Q      And why do you think he didn't like you?
```

5/8/2003                                                                    Linda Ungerleider

Page 135

1    Q    So you don't think she had any type of bias

2         against you because you were Jewish or because

3         you had been on a disability leave?

4    A    I don't think she did.

5    Q    Was there somebody named Joan who worked in the

6         Orange office?

7    A    Joan.

8    Q    What's her last name?

9    A    I think it was Salvo.

10   Q    Salvo.  What's Kevin Moran's assistant's name?

11   A    Fran DeSalvo.

12   Q    That's what it was.  I was confusing the two.

13        So Joan Salvo, and did you read a statement

14        that she had made about you having had a

15        conversation with her about Deborah Chassin?

16   A    Yes.

17   Q    And did that contain untruths?

18   A    Yes.

19   Q    And why do you think Joan Salvo would have made

20        untruthful statements about you?

21   A    I think she was asked to write a statement.

22        That statement was done right before she -- she

23        left Fleet because she wasn't happy working

24        there anymore, and she went to work for

25        Peoples, and she had lost -- she had a lot of

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 146

```
 1              time appropriate for how I felt.  Is it
 2              professional?  Maybe not at the time.
 3       Q      And did you ever refer to Alice Robinson in an
 4              E-mail as Miss Born Again?
 5       A      Yes.
 6       Q      Do you think that's an appropriate statement to
 7              make about one of your coworkers?
 8       A      During --
 9       Q      Can you just say yes or no to that?
10       A      Was it an appropriate statement to make?  Based
11              on what she did to me, yes.
12       Q      So because you feel that she tried to take a
13              loan origination away from you, you think it
14              was okay to refer to her as Miss Born Again in
15              an E-mail to Kevin Moran?
16       A      I didn't feel that because she took a loan away
17              from me.  I felt that way because she didn't
18              practice what she preached because she was
19              lying.
20       Q      And what did she preach?
21       A      She preached Christianity as being somebody who
22              wouldn't typically lie.  I mean, I wouldn't
23              expect somebody who was a good Christian to
24              lie, and she lied.
25       Q      And was she, in fact -- do you know if she was
```

Page 139

1  A    I'm not saying he didn't.  I don't believe he

2       didn't.  I don't think that's an issue.  I

3       don't think he has made any indication that he

4       doesn't like me.

5  Q    And did he send you a note thanking you for

6       your assistance on the mortgage?

7  A    Yes.

8  Q    And do you have that?

9  A    No.

10 Q    At what point did you get that note?

11 A    I don't remember at what point.  I think

12      because I helped him in the real estate part of

13      it, too, where he thought he had sold his house

14      that he was thanking me, but I don't -- it

15      wasn't -- he was not thanking me for the loan.

16      It was more for what I -- at the point in time

17      I tried to explain that to Cindy because we had

18      this discussion.  I tried to help him be a for

19      sale by owner by kind of giving him free real

20      estate advice, right away from the beginning

21      "Make sure this customer that's telling you

22      that the house is sold is really sold.  Make

23      sure it's in writing.  Make sure you have a

24      contract."

25 Q    Is there anything else you can remember telling

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 155

1          somebody from a branch is a pretty big deal.

2          It's done frequently.

3              Moran moved people -- like branch

4          managers didn't like some of his other loan

5          officers for whatever reason so he would move

6          them, but he always -- when he moved them

7          unlike Orange he would move them and give them

8          another equal branch because that was so much

9          of their income, a hundred percent commission.

10         With me he would move me out and not replace

11         it.

12    Q    So he did honor requests by branch managers to

13         not have a particular loan originator in their

14         branch?

15    A    He would do that.  He would move people, but

16         the biggest thing was he would replace it with

17         something considered similar.

18    Q    Was there any of the loan originators who

19         didn't have any branches?

20    A    There were private bankers.  I don't think that

21         they were really called having branches.  I

22         think they handled private banking.

23    Q    Was there a guy named Dino?

24    A    Dino Cortez was legally deaf so he had branches

25         removed because he had difficulty.

Ungerleider vs Fleet Mortgage Group
5/8/2003                                              Linda Ungerleider

Page 158

1      of his loan officers he'd sit down with them,

2      and he would discuss it with them, and then he

3      would make a management decision on what

4      happened.  With me he assumed the worst,

5      assumed that I was wrong and never gave me an

6      opportunity to give my side of the story.

7              In this situation, this Richard Evans

8      who actually contrary to what he might be

9      writing or saying we still see each other in

10     the movies.  His sister is married to Glenn

11     Beck, the radio host.  A year ago they were

12     married he told me, but Richard Evans was the

13     one that actually created a confrontation and

14     was being unprofessional.

15             If we're able to get the documents

16     we've been asking for, we would be able to see

17     that Richard Evans was removed from this job.

18     He had similar complaints where people were

19     actually allowed to say that it was Richard

20     that did it.  So he was removed from the

21     position, and he moved around a little bit

22     until eventually he left being a financial

23     officer.  He works for Fleet Bank in retail.  I

24     forget if he's still there, but in this

25     situation -- first of all, it wasn't in front

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 159

1        of a lot of customers as it indicated.  It was

2        at the time of day when the bank closes.

3    Q   So it was after hours?

4    A   Well, between 3:00 and 5:00 and some nights

5        6:00 because I don't remember what day it was.

6        Between those hours, there could be like a

7        straggler in the branch finishing up business,

8        but it wasn't in front of customers, and what

9        happened was if we were able to obtain the

10       telephone records or the video camera we would

11       see I walked aggressively into the back

12       conference room, shut the door, and that's when

13       we had the discussion, and I picked up the

14       phone on the wall there and called up his

15       supervisor to complain what he did to me.

16   Q   So your only discussion with him was behind

17       closed doors?

18   A   Was -- I was aggressively walking towards

19       closed doors.  I said to him, "I can't believe

20       that you pulled the phone out of my hand and

21       just slammed it down on my customer" and went

22       right angrily and aggressively into the

23       conference room, shut the door behind him with

24       him coming in because I couldn't believe he did

25       that.

d4b99268-03b9-477f-bc3a-f009df837d6a

Ungerleider vs Fleet Mortgage Group

5/8/2003                                                    Linda Ungerleider

Page 160

1    Q    So it's your contention you did absolutely

2         nothing wrong that day in your interactions

3         with Mr. Evans?

4    A    No.

5    Q    And that any witness who observed what had gone

6         on would support you as opposed to Mr. Evans?

7    A    They would support me if they weren't connected

8         to Fleet in a lawsuit maybe.  I don't know if

9         they would support me.

10   Q    And so when Mr. Evans wrote an E-mail to Kevin

11        Moran describing what had occurred between the

12        two of you that day -- you've seen that E-mail,

13        correct?

14   A    No.

15   Q    I'll get that E-mail.  Why don't I hold off on

16        that E-mail, and I'll get that E-mail when we

17        break.

18   A    He would have to cover himself for doing

19        something like pulling the phone out of a loan

20        officer's hand in the middle of taking an

21        application.

22   Q    Right.  So if he denies that he pulled the

23        phone out of your hand, it's your contention

24        that Mr. Evans is lying?

25   A    Right.

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 161

| | | |
|---|---|---|
| 1 | Q | And not you? |
| 2 | A | Right. |
| 3 | Q | So you fault Mr. Moran in taking Mr. Evans' |
| 4 | | word over yours? |
| 5 | A | Absolutely. |
| 6 | Q | And why do you think Mr. Moran would have taken |
| 7 | | Mr. Evans' word over yours? |
| 8 | A | Because that's the way he treated me. |
| 9 | Q | And why do you think he treated you that way? |
| 10 | A | Because he didn't like me and because I would |
| 11 | | do whatever I needed to do to get a customer's |
| 12 | | needs satisfied if it meant calling |
| 13 | | supervisors, and I know he made anti-Semitic |
| 14 | | remarks, and he just didn't like me. |
| 15 | Q | Why didn't he like you? |
| 16 | A | Because I was -- my complaint of the day as he |
| 17 | | would like to say was customer customer focus. |
| 18 | Q | What does that mean? |
| 19 | A | It means that the loan officer if the customers |
| 20 | | are upset they just don't care, and they just |
| 21 | | let the customer not get service.  And then |
| 22 | | there's the loan officers like Carol Cook, Bob |
| 23 | | Foote, myself and others that they left the |
| 24 | | company.  They didn't do as well as I did, and |
| 25 | | they found really good jobs so they could |

Brandon Smith Reporting Service

d4b99268-03b9-477f-bc3a-f009df837d6a

Ungerleider vs Fleet Mortgage Group

5/8/2003                                          Linda Ungerleider

Page 162

```
 1          leave, that we were just brought before him
 2          because we needed the job done.  We needed the
 3          customer satisfied.  I can give you an example.
 4     Q    No.
 5     A    I guess you could say I went over his head if
 6          he didn't respond.  If Kevin didn't take care
 7          of the situation as his job required, if he
 8          didn't call me back and respond to -- I think I
 9          submitted to you quite a stack of customers,
10          including attorneys, that Kevin didn't call
11          them back either.  If he didn't respond and I
12          had a customer that needed to be cleared to
13          close with the moving truck in the driveway,
14          Kevin didn't like the fact that I would go to a
15          supervisor to get it done.
16     Q    So you would go over his head or around him?
17     A    Well, it wasn't my initial thing.  It was if he
18          didn't respond.  It wasn't over his head.  It
19          would be supervisors of the processing staff.
20     Q    So you think that that caused -- that type of
21          activity that you engaged in without judging it
22          that that caused Kevin Moran not to like you?
23     A    I think he predominantly didn't like me because
24          of who I was.
25     Q    And what do you mean "because of who I was"?
```

Brandon Smith Reporting Service

Page 163

```
 1    A    Because I was Jewish, because he made a
 2         statement with somebody else in the room which
 3         of course would never be a witness because
 4         they'd face retaliation or they wouldn't want
 5         to be a witness, but he made a statement that
 6         he couldn't help the way he felt.  He said,
 7         "Some people can't help the way they feel," and
 8         that was in reference to an issue of
 9         anti-Semitism that occurred in our office that
10         I wasn't directly involved in but was brought
11         into the picture.
12    Q    Let's go back.  You had started saying that you
13         thought he didn't like you because you were so
14         customer centric or because you were --
15    A    That's one of them.
16    Q    That's a reason?
17    A    Um-hum.
18    Q    And then you think another reason is on account
19         of the fact that you were Jewish?
20    A    Um-hum.
21    Q    Yes?
22    A    Yes.
23    Q    And that this is what is motivating him to take
24         Richard Evans' view of the situation in 1997
25         that led to this formal counsel?
```

Ungerleider vs Fleet Mortgage Group

5/8/2003

Linda Ungerleider

Page 164

| | | |
|---|---|---|
| 1 | A | I can't speak what motivates Kevin for sure.  I |
| 2 | | can only state that he treated me differently |
| 3 | | than he treated others for sure in that office. |
| 4 | Q | Do you think that Mr. Moran knew when he issued |
| 5 | | this formal counsel to you that the statements |
| 6 | | in there were false? |
| 7 | A | I think he didn't even give me the opportunity |
| 8 | | to explain what happened, my side of the story. |
| 9 | Q | So if you had been given an opportunity to |
| 10 | | explain -- withdraw that. |
| 11 | | But you're not saying that |
| 12 | | Mr. Moran -- you're saying he failed to get |
| 13 | | your side of the story, not that he knowingly |
| 14 | | put false information in a formal counsel? |
| 15 | A | Right. |
| 16 | Q | And similarly when he took Cindy Norris's view |
| 17 | | and Barbara Tartaglia's view as to what |
| 18 | | happened in the Orange branch, do you think |
| 19 | | that he knew that they were lying and took and |
| 20 | | counseled you on it anyway or do you think he |
| 21 | | just accepted their version without giving you |
| 22 | | enough credit? |
| 23 | A | I really don't know what he thought.  I don't |
| 24 | | know what he thought.  I think -- after I left |
| 25 | | Fleet and after reading discovery, it appears |

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 165

```
 1         that this was more of a corporate move, and he

 2         was part of it, but that doesn't stop the fact

 3         that I believe he's anti-Semitic.

 4    Q    So let's go through what was the incident that

 5         happened where he said, "I can't help the way I

 6         feel."

 7    A    There's an attorney, Ned Ledginsky,

 8         L-E-D-G-I-N-S-Y.  He was one of the original

 9         closing attorneys.  He was well known at Fleet,

10         and he -- I'm getting this third party.  This

11         is what -- I was brought into the room even

12         though I wasn't any part of what went on

13         between Ned Ledginsky, a loan officer named

14         Tish Assante and whoever her processor was,

15         apparently something about the processor

16         telling Ned that Trish didn't use him as a

17         closing attorney because he was Jewish.  This

18         was between Ned, the processor and Tish

19         Assante.  Then Tish Assante had a conversation

20         with Kathy Wyman.

21              Somehow for reasons other than because

22         I'm Jewish, Kevin Moran brought me into the --

23         into his office to discuss Ned Ledginsky, his

24         processor and Tish, and at that point, Kevin

25         said, "Some of us have feelings, and we can't
```

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 169

```
 1          that's how he feels which is unfortunate

 2          because there is a good side to Kevin, and I

 3          wished I could have been on the good side.

 4    Q     So you also, I believe, allege in your

 5          complaint that Mr. Moran made some other

 6          anti-Semitic comments?

 7    A     Did we talk about the atheist part yet?

 8    Q     Yes, we talked about that.  Anything else?

 9    A     He referred in a staff meeting to a Johnny

10          Manishevitz or a customer named Johnny

11          Manishevitz.  He said it in a question, a

12          Johnny Manishevitz.

13    Q     You said that he continuously made comments to

14          you regarding your Jewish religion.  Can you

15          recite for me every comment that you recall

16          Mr. Moran ever making to you about your Jewish

17          religion?

18    A     I can only recall the ones that hit me the

19          hardest.

20    Q     Just recall any that you can.

21    A     The Johnny Manishevitz.

22    Q     Okay.  Why don't we list them, and then we'll

23          go back and talk about them.

24    A     About being an atheist if you don't take off

25          for Good Friday.
```

d4b99268-03b9-477f-bc3a-f009df837d6a

Ungerleider vs Fleet Mortgage Group

5/8/2003                                                                    Linda Ungerleider

Page 170

1    Q    Anything else?

2    A    Something that he said that I don't believe

3         that it's really true, but he had said that as

4         a grandfather that he was proud -- this was

5         more in the beginning time when he learned that

6         I was Jewish.  It was almost like at around the

7         same time, but just hearing those things and

8         not being exposed to that kind of environment

9         makes you kind of go -- your mind into shock

10        but that his grandfather -- that either he was

11        proud or his grandfather was proud -- I think

12        it was that his grandfather was proud that he

13        served as a German soldier for the SS.  I don't

14        even know whether his grandfather did or

15        whether it was true, but it's a statement that

16        I will not forget him saying.

17             I don't remember the exact language,

18        but it was shocking, and that was early into --

19        definitely closer to the time that he learned I

20        was Jewish or made the comment to me that I

21        didn't know you were Jewish, and anything else

22        was more like digs or jokes.  I don't remember

23        specifics, and I don't really think derogatory

24        comments -- I would have to remember them.  I

25        think one of them is more than enough.

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 171

```
 1    Q    I'm just asking you to relate them.

 2    A    The ones that I've written down on more than

 3         one occasion are the ones that really bothered

 4         me.

 5    Q    Did he used to ask you at every Christmas party

 6         in front of all the coworkers why the little

 7         Jewish girl is joining us in singing Christmas

 8         carols?

 9    A    At the holiday parties, Kevin --

10    Q    Can you answer the question, please?

11    A    Well --

12    Q    The question is:  It's alleged in the

13         complaint --

14    A    It's a yes and no.

15    Q    You've alleged in your complaint that he used

16         to embarrass you at every Christmas party by

17         asking you in front of all your coworkers why

18         the little Jewish girl is joining us in singing

19         Christmas carols.  Is that an accurate

20         statement or not?

21    A    It's not accurate.

22    Q    What about it isn't accurate?

23    A    It wasn't at all.  It was more blunt that he --

24         in one instance, he had been drinking.  There

25         was a lot of drinking going on at the party,
```

Page 172

```
 1           and he had said, "Look at the Jewish girl

 2           singing the Christmas carols," and everybody

 3           laughed, and other people laughed.  Some loan

 4           officers who also had a lot to drink were

 5           giggling and laughing at it.

 6    Q      So he said it once, not at every Christmas

 7           party?

 8    A      Right.

 9    Q      So if this was accurately pleaded, you would

10           say he one time made this comment to you at a

11           Christmas party?

12    A      Right.

13    Q      And you did read the complaint before it got

14           filed?

15    A      I read the complaint.  I corrected it and sent

16           it back to Tammy who is no longer with Gary's

17           firm, and it wasn't corrected.

18    Q      But then earlier this morning, you read the

19           complaint?

20    A      I didn't read it that clearly.

21    Q      And which Christmas party was that?

22    A      I don't remember which one.  We had them pretty

23           much at the same place, Colonial Times in

24           Hamden or Blake Street, and so it had to be --

25           it was at one of the times at Colonial Times
```

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 173

1          because they had a piano, and Kevin could play

2          piano, and it was -- everybody was standing

3          around the piano singing.

4     Q    And who else was present?

5     A    Anybody that attended which would be all the

6          loan officers, and he invited -- sometimes he

7          would invite other people from Providence.

8     Q    So you don't remember anybody specifically who

9          would have heard that comment?

10    A    The one in particular that was a woman -- I

11         think her name was Carol.  I can't remember her

12         name.  She's left the company, but --

13    Q    You don't know her last name?

14    A    No.  Richard Warwick is the one that I've been

15         trying to find out where he is because he's the

16         one that specifically didn't think it was very

17         nice -- or not Richard Warwick.  I don't

18         remember.  A couple people -- people stuck up

19         for me.  Like if Kevin --

20    Q    Let's stick to this one comment.

21    A    I don't remember specific names, but people

22         definitely felt it wasn't -- those that weren't

23         really drinking and kind of wild felt bad, felt

24         it was uncomfortable for me.

25    Q    Who did you have conversations with about it?

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 174

```
 1    A    Just at that very moment.

 2    Q    And who were they?

 3    A    I don't remember.

 4    Q    So you don't remember -- you remember that

 5         people expressed, what, empathy, but you don't

 6         remember a single person that was there or that

 7         you spoke to when that comment was made?

 8    A    Carol Cook was one of them, but there were

 9         three or four women and one man, and I don't

10         remember --

11    Q    So Carol Cook heard the comment?

12    A    I believe she might have heard it, yeah.

13    Q    And then you had a discussion with her about

14         it?

15    A    It wasn't a discussion.  It was just whatever

16         happened at that moment.  It was just a moment.

17    Q    But you said the people who weren't drinking --

18    A    It was in a room, and there were people that

19         were rowdy, and there were people that just --

20         they looked and just made me feel like -- they

21         could see that I felt uncomfortable or bad, and

22         they just said something, and I don't remember

23         something to not make me feel bad, like

24         gestures or comments.

25    Q    You don't remember a single person?
```

d4b99268-03b9-477f-bc3a-f009df837d6a