Un___leider vs Fleet Mortgage Group

5/8/2003

Linda Ungerleider

Page 65

| 1 | A | Well, apparently it became an issue for him |
| 2 | | because -- |
| 3 | Q | Can you listen to the question? |
| 4 | A | Well, the answer is it had to be sometime where |
| 5 | | he received an approval -- I mean a loan |
| 6 | | condition or approval. |
| 7 | Q | And about how long would that typically take? |
| 8 | A | With Fleet it could be anywheres from two weeks |
| 9 | | to months and months.  It depends on the |
| 10 | | customer. |
| 11 | Q | So do you have any idea of whether you were |
| 12 | | hearing about this -- |
| 13 | A | I know when I heard about it. |
| 14 | Q | Okay.  When did you hear about it? |
| 15 | A | I mean, I don't know the date.  I don't know |
| 16 | | the date whatsoever or I don't know how many |
| 17 | | days went by from the time it was taken, but I |
| 18 | | know that it became an issue because he was |
| 19 | | flipped to a different mortgage product than |
| 20 | | what he applied for. |
| 21 | Q | Because his house had not sold? |
| 22 | A | Right, and it cost him more money because of |
| 23 | | that. |
| 24 | Q | Because he originally got an approval with a |
| 25 | | condition if his house sold? |

Brandon Smith Reporting Service

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 66

1    A    Apparently -- because I'm not in the
2         underwriting or the processing of that and I
3         was out, but apparently what happened is
4         because -- because of what was on the
5         application, it put him into a different type
6         of mortgage.  Actually, I believe it was called
7         a Mortgage 1 mortgage.
8              What Mr. Buckins wasn't happy about
9         was it was a much more expensive type of
10        mortgage.  Instead of getting the zero points
11        that he was going to be able to get with his
12        house sold, he ended up -- I believe it was
13        something like $6500 that he was going to have
14        to come up with at the closing because his
15        house didn't sell as he believed it did.  So
16        that's what he was really unhappy about.
17   Q    Were you ever in communication with somebody
18        named Jeff Craw at William Raveis?
19   A    Jeff Craw?  I don't know the name.
20   Q    Did you have a fax at your home?
21   A    Yes.
22   Q    Can you tell me what that fax number is?
23   A    That's before we moved.  I don't know that.
24   Q    Does the number 799-4775 -- is that a familiar
25        fax number to you?

Page 67

```
 1    A    My number was 795-0606.

 2    Q    Was 799-4775 the fax number at Orange?

 3    A    Oh, the Orange branch?

 4    Q    Yes.

 5    A    I do not remember.

 6    Q    But it's your testimony that the first you ever

 7         learned that his home had not actually sold or

 8         was not under contract to be sold was when he

 9         received word on whether his loan had been

10         approved?

11    A    Yes.

12    Q    So you never had any communication from anybody

13         at William Raveis telling you that his home was

14         up for sale for $419,000?

15    A    No.

16    Q    And you never had any communication from

17         anybody from William Raveis enclosing for you a

18         copy of his sales contract putting his house up

19         for sale?

20    A    No.

21    Q    So it's your testimony then, I would assume,

22         that you've never seen this document before?

23              MS. GAROFALO:   Let's mark this.

24

25              (Defendant's Exhibit No. 9,
```

Brandon Smith Reporting Service

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 68

1                              fax, 2/16/00, and attachment,

2                              marked for identification.)

3

4    BY MS. GAROFALO:

5    Q    This has been marked as Defendant's Exhibit 9,

6         and it's a facsimile cover sheet from Jeff Craw

7         at William Raveis to Linda Ungerleider.

8              MS. TELKER:   It's just a cover sheet?

9    A    Yeah.   This was never received to me.

10   BY MS. GAROFALO:

11   Q    Attached with an exclusive right to sell

12        listing contract.

13   A    This was never ever -- I never even knew he

14        listed with William Raveis Realty, and after

15        the point of origination, any documents that I

16        didn't ask for, Ava Simonelli who was the

17        processor at the time who happened to have been

18        a good processor at the time would have gone

19        directly to the customer to get information.

20   Q    Okay.   So you've --

21             MS. TELKER:   Just what was the date on

22        that fax?

23             MS. GAROFALO:   February 16th, 2000.

24             Can we just mark this for ID?

25

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 93

```
 1        called midday rate changes.  So we'd have to be
 2        familiar with anything changing in the rates.
 3                It got to the point where the
 4        processors -- they were inundated with files.
 5        I don't remember how many, but an enormous
 6        amount of workload, and so it would be easier
 7        for them to E-mail if they needed an answer,
 8        they needed something quick.  So things changed
 9        throughout the last year to when I wasn't at
10        Fleet anymore, but it was pretty nonstop with
11        customers.
12   Q    And you mentioned -- let's say on average in
13        '99 or 2000 how many different branches were
14        within your territory, if that's the right way
15        to refer to them?
16   A    I think it was.  See, I had Orange.  That was
17        my main branch, and that's where people came to
18        do loans with me, Milford because my office was
19        there and all the different forms I would need
20        depending on the interview, what circumstances.
21        There would just be tons of forms so nobody
22        would bring them all with them.  It was Orange,
23        the Milford green, Milford at the post, Milford
24        by Gloria's.  This is how they determine them,
25        West Haven.  I believe I had West Haven, and
```

d4b99268-03b9-477f-bc3a-f009df837d6a

Ungerleider vs Fleet Mortgage Group

Linda Ungerleider

Page 94

```
 1              before Moran took the first two branches away

 2              from me, there was Seymour, Ansonia, Shelton

 3              and Trumbull.  Oh, and then before I was no

 4              longer with Fleet, there was also Amity became

 5              a branch.

 6    Q         And did you have a schedule by which you would

 7              go to these branches?

 8    A         It was total -- we didn't know from one minute

 9              to the next what your schedule would look like

10              unless you had a specific appointment to meet a

11              customer, and customers in the New Haven County

12              would be more -- New Haven County would be

13              asked to meet me in Orange, and Trumbull I

14              didn't have that many opportunities, but the

15              Trumbull one I would only go if they asked me

16              to come to speak at a meeting.

17                   At the time when it wasn't as busy, we

18              would make every effort we could to go

19              frequently so we could remind them that we were

20              there to do loans, but when it got really,

21              really busy and we'd get maybe 30, 40 or more

22              calls a day, we weren't really able to go

23              around as much.

24    Q         So were you pretty much full-time in the Orange

25              location?
```

Brandon Smith Reporting Service

Page 105

```
 1          you needed to be able to go and see
 2          customers --
 3    A     I think ultimately --
 4    Q     Wait.  Let me ask the question -- how was the
 5          laptop -- I mean having a PC in Orange going to
 6          address the issue of your needing to have
 7          access to communication when you traveled
 8          outside of Orange?
 9    A     Because it would have been -- it would have
10          been an agreement, like an accommodation to
11          say, okay, you can keep your job by doing --
12          staying in Orange where I was most of the time
13          anyways to do most of the work which was mostly
14          telephone work or input or communication.
15               So for the very few times that I had
16          to go to another branch, the very limited
17          times -- like if there was a staff meeting or
18          there was an unusual situation.  A customer
19          sometimes -- if they're not English speaking,
20          they're more comfortable face to face versus a
21          telephone conversation.  So for those few
22          times, I would have to go to the branches, but
23          the predominant amount of work for every loan
24          officer at Fleet and every loan officer in the
25          industry is to be at one location and also to
```

5/8/2003

Linda Ungerleider

Page 106

1        have at night to be able to do the job as well.

2    Q   So the biggest time or the most customary time

3        that you would have to transport this

4        equipment, that list that we talked about,

5        would be coming to work in the morning and

6        leaving in the evening?

7    A   Right.

8    Q   Okay.  And did you have a computer at home?

9    A   I had -- we had a private PC, but the software

10       which seems to be what was the biggest deal was

11       that installing the -- there were PCs the

12       maintenance people told me collecting dust.

13       There was never a question that there could

14       have been a PC to do this job just like they

15       did it in the headquarters, headquarters in

16       Shelton and Seymour and headquarters in

17       Providence, Rhode Island.  They had PCs that

18       did the same thing as a laptop.  So there was

19       never -- there shouldn't have been a question

20       of just making a simple accommodation.

21   Q   That wasn't my question.  My question was --

22   A   Oh, the private one at home --

23   Q   -- would not have worked?

24   A   Yeah, well, unless they were willing to install

25       it.  Then I could have kept the laptop in

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 111

```
 1              evening --
 2    A    It was my choice --
 3    Q    -- to be a top producer?
 4    A    To be a top producer, but also there would be
 5         circumstances where work wouldn't be finished
 6         at the end of the day, where the processor and
 7         I would need to get ahold of each other.  So it
 8         would require work at home, and I would need to
 9         be at home as a mom and a wife for other
10         reasons so I'd have to take the laptop.
11    Q    But the office was just a little over a mile
12         away.  So up until the time when that office
13         was removed from you, there would have been
14         nothing to have prohibited you from going in in
15         the evening if you needed to do work?
16    A    There was nothing -- there wouldn't have been
17         anything prohibitive, but it wouldn't be
18         something that I ideally would want to walk
19         into the branch alone.  There's something
20         different about being in the branch and having
21         the door locked versus walking into the branch
22         at night and unlocking the bank door on the
23         Post Road which is really high access to the
24         public.  So it was very -- people worked at
25         home at night.  It was almost equal to work at
```

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 112

```
 1              home at night, and even though it was a short

 2              distance, it wasn't practical as a mother,

 3              working mother, to go back and forth.  It just

 4              wouldn't have worked.

 5    Q         So at what point in time did you or your

 6              doctors tell Fleet that you needed to have --

 7              or that you were requesting that you have a PC

 8              at your location in Orange?

 9    A         What time?

10    Q         Yeah.

11    A         The last go-about of not getting better.  It

12              was then felt that any -- I was just carrying

13              too much for me and that it was causing further

14              risk and further damage.  So it didn't seem

15              like such a big deal to request --

16    Q         The question is:  When?  Was that in 2000 when

17              you were on disability leave?

18    A         Yes.

19    Q         Yes.

20    A         I'm sorry.

21                   MS. TELKER:  When did you make the

22                 request?

23    A         My return back to work was -- I was only given

24              permission through my doctors and through

25              Fleet's administrators to come back to work
```

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 123

1     up in the branch and getting them" -- "why

2     aren't you picking your things up and getting

3     them to the processing," and then the next call

4     would be, "You aren't supposed to be in the

5     branch."  It was constant harassment.  Any

6     reasonable person would not have been able to

7     tolerate it.

8           The day that I was forced to resign, I

9     begged to go to a different location in the

10    E-mail which you have asking -- begging -- it

11    was definitely a plea, very clearly a plea, to

12    report to somebody else because I did not want

13    to leave that job.  I knew I'd never ever be

14    able to make the kind of money that I made.  I

15    loved the job.  I worked close to my home.  I

16    was doing extremely well.  We had just bought a

17    home based on being approved with making a

18    six-digit income.  Fleet gave us a loan based

19    on my income and my husband's.  It was just

20    horrible.

21  Q  Did anybody ever tell you you were fired?

22     That's a yes or no answer.

23  A  No.

24  Q  So going back, do you think -- who do you think

25     within the Fleet organization had it in for you

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 130

| | | |
|---|---|---|
| 1 | | raises.  So I'm assuming that -- it's an |
| 2 | | assumption. |
| 3 | Q | Okay. |
| 4 | A | I guess I surmise. |
| 5 | Q | Okay.  But you don't have any specific facts |
| 6 | | other than the fact that they're Jewish and |
| 7 | | they weren't promoted? |
| 8 | A | Right. |
| 9 | Q | Okay.  And how long had you been working at the |
| 10 | | Orange branch while Cindy Norris was the |
| 11 | | manager? |
| 12 | A | I think a couple years, a few years. |
| 13 | Q | And do you think that she seized upon an |
| 14 | | opportunity to get you out of the bank after |
| 15 | | the issues that arose between you and Barbara |
| 16 | | Tartaglia? |
| 17 | A | I don't know the answer. |
| 18 | Q | And, again, you don't know whether your |
| 19 | | religion had anything to do with it? |
| 20 | A | Not with her. |
| 21 | Q | Okay.  Have you ever told anybody that you |
| 22 | | believe that Cindy Norris is anti-Semitic? |
| 23 | A | Have I ever told anybody? |
| 24 | Q | Yes. |
| 25 | A | Other than my attorneys and my husband, those |

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 132

1    A    Yes.

2    Q    And I would venture to guess that you believe

3         that many of the statements contained therein

4         are not true?

5    A    Definitely not true.

6    Q    Okay.  Why do you think Barbara Tartaglia would

7         be lying about you?

8    A    My feeling was that it has to do with the --

9         and I put that in my statement prior -- that

10        when she first came into the branch she

11        discussed with me refinancing her investment

12        property, and in doing that discussion, I laid

13        out the parameters of the loan.  Investment

14        properties are charged -- investors are charged

15        1-1/2 points.  It's 1-1/2 percent the amount of

16        the mortgage.

17              When Fleet -- she decided not to

18        refinance.  When Fleet had the opportunity to

19        do that FleetOne where it's a one-page quick

20        step and they were testing a pilot seeing if

21        branch people could possibly do more than they

22        do loans, she -- I believe she had said to me

23        that in the same week -- she made it a point to

24        tell me that she applied, did that one-step

25        thing right away when she took advantage of it,

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 133

1         and she submitted it, and they did this loan

2         for her on the investment property, but she

3         made the point to tell me they did zero points.

4         "If they didn't charge points, why were you

5         going to charge me points?"

6                  I tried to explain to her that because

7         a lot of people think that mortgage brokers

8         versus mortgage bankers can charge people

9         points and make money off of them -- I

10        explained to her that this was the policy of

11        investment property.  Everybody had charged

12        1-1/2 points, that she must have just slipped

13        through -- what do you call -- this was a

14        brand-new product and just slipped through the

15        cracks and she was lucky and got the loan

16        approved without it.  From that point prior to

17        that, we had a great relationship.  We built

18        business relationships together.

19    Q   When do you think that this exchange with her

20        happened?

21    A   The exchange --

22    Q   Spring of 1999 concerning the -- her own

23        refinance or mortgage?

24    A   With me?

25    Q   Yes.

Brandon Smith Reporting Service

d4b99268-03b9-477f-bc3a-f009df837d6a

Cirgerleider vs Fleet Mortgage Group

5/8/2003

Linda Ungerleider

Page 134

1    A    I don't remember other than it was -- I believe

2         it was -- I believe it was soon from when she

3         started with the company, and I was there as a

4         loan officer.  Rates had dropped, and she was

5         interested in finding out if she could

6         refinance, but I don't remember when.  I think

7         that's what harbored that, because other than

8         that, there wasn't anything.  It was very

9         surprising.  She had a really, really bad week

10        that week though, really bad week.

11   Q    So going from -- so you think that she was

12        angry with you from whenever it was that you

13        two had these discussions about her own

14        personal loan all the way through until the

15        incident involving Mr. Buckins?

16   A    That she harbored it?

17   Q    Yes.

18   A    I think people harbored thinking they were

19        getting ripped off.

20   Q    The question is yes or no.

21   A    Yes.

22   Q    So is there anything else that you can think of

23        as to why she would have put lies in her

24        statement about you?

25   A    Not at all.

d4b99268-03b9-477f-bc3a-f009df837d6a

Ungerleider vs Fleet Mortgage Group

Linda Ungerleider

Page 135

1    Q    So you don't think she had any type of bias

2         against you because you were Jewish or because

3         you had been on a disability leave?

4    A    I don't think she did.

5    Q    Was there somebody named Joan who worked in the

6         Orange office?

7    A    Joan.

8    Q    What's her last name?

9    A    I think it was Salvo.

10   Q    Salvo.  What's Kevin Moran's assistant's name?

11   A    Fran DeSalvo.

12   Q    That's what it was.  I was confusing the two.

13        So Joan Salvo, and did you read a statement

14        that she had made about you having had a

15        conversation with her about Deborah Chassin?

16   A    Yes.

17   Q    And did that contain untruths?

18   A    Yes.

19   Q    And why do you think Joan Salvo would have made

20        untruthful statements about you?

21   A    I think she was asked to write a statement.

22        That statement was done right before she -- she

23        left Fleet because she wasn't happy working

24        there anymore, and she went to work for

25        Peoples, and she had lost -- she had a lot of

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 138

```
 1              having a disability or being on a leave of
 2              absence?
 3       A      No.
 4       Q      Stan Buckins --
 5       A      Jonathan Buckins?
 6       Q      I'm sorry, Jonathan Buckins.  I apologize.
 7              Jonathan Buckins, according to what you
 8              understand, said things that were not truthful
 9              about you?
10       A      Jonathan Buckins said things -- I think that
11              some of the employees said that he said things.
12              I don't recall him saying anything.
13       Q      Okay.  But employees related things --
14              attributed statements to Jonathan Buckins that
15              were not in your view accurate?
16       A      They were inaccurate, right.
17       Q      Do you have any reason to think Mr. Buckins
18              harbored some type of animus or bias against
19              you for some reason?
20       A      No.  He just didn't like loan officers.
21       Q      So --
22       A      Possibly.  I mean, if he harbored anything
23              against me, it would be the second loan officer
24              at Fleet he didn't like so --
25       Q      And why do you think he didn't like you?
```

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 139

```
 1    A    I'm not saying he didn't.  I don't believe he
 2         didn't.  I don't think that's an issue.  I
 3         don't think he has made any indication that he
 4         doesn't like me.
 5    Q    And did he send you a note thanking you for
 6         your assistance on the mortgage?
 7    A    Yes.
 8    Q    And do you have that?
 9    A    No.
10    Q    At what point did you get that note?
11    A    I don't remember at what point.  I think
12         because I helped him in the real estate part of
13         it, too, where he thought he had sold his house
14         that he was thanking me, but I don't -- it
15         wasn't -- he was not thanking me for the loan.
16         It was more for what I -- at the point in time
17         I tried to explain that to Cindy because we had
18         this discussion.  I tried to help him be a for
19         sale by owner by kind of giving him free real
20         estate advice, right away from the beginning
21         "Make sure this customer that's telling you
22         that the house is sold is really sold.  Make
23         sure it's in writing.  Make sure you have a
24         contract."
25    Q    Is there anything else you can remember telling
```

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 146

```
 1              time appropriate for how I felt.  Is it
 2              professional?  Maybe not at the time.
 3       Q      And did you ever refer to Alice Robinson in an
 4              E-mail as Miss Born Again?
 5       A      Yes.
 6       Q      Do you think that's an appropriate statement to
 7              make about one of your coworkers?
 8       A      During --
 9       Q      Can you just say yes or no to that?
10       A      Was it an appropriate statement to make?  Based
11              on what she did to me, yes.
12       Q      So because you feel that she tried to take a
13              loan origination away from you, you think it
14              was okay to refer to her as Miss Born Again in
15              an E-mail to Kevin Moran?
16       A      I didn't feel that because she took a loan away
17              from me.  I felt that way because she didn't
18              practice what she preached because she was
19              lying.
20       Q      And what did she preach?
21       A      She preached Christianity as being somebody who
22              wouldn't typically lie.  I mean, I wouldn't
23              expect somebody who was a good Christian to
24              lie, and she lied.
25       Q      And was she, in fact -- do you know if she was
```

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 155

```
 1          somebody from a branch is a pretty big deal.
 2          It's done frequently.
 3              Moran moved people -- like branch
 4          managers didn't like some of his other loan
 5          officers for whatever reason so he would move
 6          them, but he always -- when he moved them
 7          unlike Orange he would move them and give them
 8          another equal branch because that was so much
 9          of their income, a hundred percent commission.
10          With me he would move me out and not replace
11          it.
12    Q     So he did honor requests by branch managers to
13          not have a particular loan originator in their
14          branch?
15    A     He would do that.  He would move people, but
16          the biggest thing was he would replace it with
17          something considered similar.
18    Q     Was there any of the loan originators who
19          didn't have any branches?
20    A     There were private bankers.  I don't think that
21          they were really called having branches.  I
22          think they handled private banking.
23    Q     Was there a guy named Dino?
24    A     Dino Cortez was legally deaf so he had branches
25          removed because he had difficulty.
```

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 158

1    of his loan officers he'd sit down with them,

2    and he would discuss it with them, and then he

3    would make a management decision on what

4    happened.  With me he assumed the worst,

5    assumed that I was wrong and never gave me an

6    opportunity to give my side of the story.

7            In this situation, this Richard Evans

8    who actually contrary to what he might be

9    writing or saying we still see each other in

10   the movies.  His sister is married to Glenn

11   Beck, the radio host.  A year ago they were

12   married he told me, but Richard Evans was the

13   one that actually created a confrontation and

14   was being unprofessional.

15           If we're able to get the documents

16   we've been asking for, we would be able to see

17   that Richard Evans was removed from this job.

18   He had similar complaints where people were

19   actually allowed to say that it was Richard

20   that did it.  So he was removed from the

21   position, and he moved around a little bit

22   until eventually he left being a financial

23   officer.  He works for Fleet Bank in retail.  I

24   forget if he's still there, but in this

25   situation -- first of all, it wasn't in front

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 159

1          of a lot of customers as it indicated.  It was

2          at the time of day when the bank closes.

3     Q    So it was after hours?

4     A    Well, between 3:00 and 5:00 and some nights

5          6:00 because I don't remember what day it was.

6          Between those hours, there could be like a

7          straggler in the branch finishing up business,

8          but it wasn't in front of customers, and what

9          happened was if we were able to obtain the

10         telephone records or the video camera we would

11         see I walked aggressively into the back

12         conference room, shut the door, and that's when

13         we had the discussion, and I picked up the

14         phone on the wall there and called up his

15         supervisor to complain what he did to me.

16    Q    So your only discussion with him was behind

17         closed doors?

18    A    Was -- I was aggressively walking towards

19         closed doors.  I said to him, "I can't believe

20         that you pulled the phone out of my hand and

21         just slammed it down on my customer" and went

22         right angrily and aggressively into the

23         conference room, shut the door behind him with

24         him coming in because I couldn't believe he did

25         that.

d4b99268-03b9-477f-bc3a-f009df837d6a

Ungerleider vs Fleet Mortgage Group

5/8/2003                                                             Linda Ungerleider

Page 160

```
 1    Q    So it's your contention you did absolutely
 2         nothing wrong that day in your interactions
 3         with Mr. Evans?
 4    A    No.
 5    Q    And that any witness who observed what had gone
 6         on would support you as opposed to Mr. Evans?
 7    A    They would support me if they weren't connected
 8         to Fleet in a lawsuit maybe.  I don't know if
 9         they would support me.
10    Q    And so when Mr. Evans wrote an E-mail to Kevin
11         Moran describing what had occurred between the
12         two of you that day -- you've seen that E-mail,
13         correct?
14    A    No.
15    Q    I'll get that E-mail.  Why don't I hold off on
16         that E-mail, and I'll get that E-mail when we
17         break.
18    A    He would have to cover himself for doing
19         something like pulling the phone out of a loan
20         officer's hand in the middle of taking an
21         application.
22    Q    Right.  So if he denies that he pulled the
23         phone out of your hand, it's your contention
24         that Mr. Evans is lying?
25    A    Right.
```

Brandon Smith Reporting Service

Page 161

```
 1     Q    And not you?

 2     A    Right.

 3     Q    So you fault Mr. Moran in taking Mr. Evans'

 4          word over yours?

 5     A    Absolutely.

 6     Q    And why do you think Mr. Moran would have taken

 7          Mr. Evans' word over yours?

 8     A    Because that's the way he treated me.

 9     Q    And why do you think he treated you that way?

10     A    Because he didn't like me and because I would

11          do whatever I needed to do to get a customer's

12          needs satisfied if it meant calling

13          supervisors, and I know he made anti-Semitic

14          remarks, and he just didn't like me.

15     Q    Why didn't he like you?

16     A    Because I was -- my complaint of the day as he

17          would like to say was customer customer focus.

18     Q    What does that mean?

19     A    It means that the loan officer if the customers

20          are upset they just don't care, and they just

21          let the customer not get service.  And then

22          there's the loan officers like Carol Cook, Bob

23          Foote, myself and others that they left the

24          company.  They didn't do as well as I did, and

25          they found really good jobs so they could
```

d4b99268-03b9-477f-bc3a-f009df837d6a

Ungerleider vs Fleet Mortgage Group

5/8/2003                                                                Linda Ungerleider

Page 162

1          leave, that we were just brought before him

2          because we needed the job done.  We needed the

3          customer satisfied.  I can give you an example.

4     Q    No.

5     A    I guess you could say I went over his head if

6          he didn't respond.  If Kevin didn't take care

7          of the situation as his job required, if he

8          didn't call me back and respond to -- I think I

9          submitted to you quite a stack of customers,

10         including attorneys, that Kevin didn't call

11         them back either.  If he didn't respond and I

12         had a customer that needed to be cleared to

13         close with the moving truck in the driveway,

14         Kevin didn't like the fact that I would go to a

15         supervisor to get it done.

16    Q    So you would go over his head or around him?

17    A    Well, it wasn't my initial thing.  It was if he

18         didn't respond.  It wasn't over his head.  It

19         would be supervisors of the processing staff.

20    Q    So you think that that caused -- that type of

21         activity that you engaged in without judging it

22         that that caused Kevin Moran not to like you?

23    A    I think he predominantly didn't like me because

24         of who I was.

25    Q    And what do you mean "because of who I was"?

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 163

1    A    Because I was Jewish, because he made a

2         statement with somebody else in the room which

3         of course would never be a witness because

4         they'd face retaliation or they wouldn't want

5         to be a witness, but he made a statement that

6         he couldn't help the way he felt.  He said,

7         "Some people can't help the way they feel," and

8         that was in reference to an issue of

9         anti-Semitism that occurred in our office that

10        I wasn't directly involved in but was brought

11        into the picture.

12   Q    Let's go back.  You had started saying that you

13        thought he didn't like you because you were so

14        customer centric or because you were --

15   A    That's one of them.

16   Q    That's a reason?

17   A    Um-hum.

18   Q    And then you think another reason is on account

19        of the fact that you were Jewish?

20   A    Um-hum.

21   Q    Yes?

22   A    Yes.

23   Q    And that this is what is motivating him to take

24        Richard Evans' view of the situation in 1997

25        that led to this formal counsel?

Ungerleider vs Fleet Mortgage Group

Linda Ungerleider

Page 164

1    A    I can't speak what motivates Kevin for sure.  I

2         can only state that he treated me differently

3         than he treated others for sure in that office.

4    Q    Do you think that Mr. Moran knew when he issued

5         this formal counsel to you that the statements

6         in there were false?

7    A    I think he didn't even give me the opportunity

8         to explain what happened, my side of the story.

9    Q    So if you had been given an opportunity to

10        explain -- withdraw that.

11              But you're not saying that

12        Mr. Moran -- you're saying he failed to get

13        your side of the story, not that he knowingly

14        put false information in a formal counsel?

15   A    Right.

16   Q    And similarly when he took Cindy Norris's view

17        and Barbara Tartaglia's view as to what

18        happened in the Orange branch, do you think

19        that he knew that they were lying and took and

20        counseled you on it anyway or do you think he

21        just accepted their version without giving you

22        enough credit?

23   A    I really don't know what he thought.  I don't

24        know what he thought.  I think -- after I left

25        Fleet and after reading discovery, it appears

Brandon Smith Reporting Service

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 165

1          that this was more of a corporate move, and he

2          was part of it, but that doesn't stop the fact

3          that I believe he's anti-Semitic.

4    Q    So let's go through what was the incident that

5          happened where he said, "I can't help the way I

6          feel."

7    A    There's an attorney, Ned Ledginsky,

8          L-E-D-G-I-N-S-Y.  He was one of the original

9          closing attorneys.  He was well known at Fleet,

10         and he -- I'm getting this third party.  This

11         is what -- I was brought into the room even

12         though I wasn't any part of what went on

13         between Ned Ledginsky, a loan officer named

14         Tish Assante and whoever her processor was,

15         apparently something about the processor

16         telling Ned that Trish didn't use him as a

17         closing attorney because he was Jewish.  This

18         was between Ned, the processor and Tish

19         Assante.  Then Tish Assante had a conversation

20         with Kathy Wyman.

21               Somehow for reasons other than because

22         I'm Jewish, Kevin Moran brought me into the --

23         into his office to discuss Ned Ledginsky, his

24         processor and Tish, and at that point, Kevin

25         said, "Some of us have feelings, and we can't

Page 169

```
 1            that's how he feels which is unfortunate

 2            because there is a good side to Kevin, and I

 3            wished I could have been on the good side.

 4      Q     So you also, I believe, allege in your

 5            complaint that Mr. Moran made some other

 6            anti-Semitic comments?

 7      A     Did we talk about the atheist part yet?

 8      Q     Yes, we talked about that.  Anything else?

 9      A     He referred in a staff meeting to a Johnny

10            Manishevitz or a customer named Johnny

11            Manishevitz.  He said it in a question, a

12            Johnny Manishevitz.

13      Q     You said that he continuously made comments to

14            you regarding your Jewish religion.  Can you

15            recite for me every comment that you recall

16            Mr. Moran ever making to you about your Jewish

17            religion?

18      A     I can only recall the ones that hit me the

19            hardest.

20      Q     Just recall any that you can.

21      A     The Johnny Manishevitz.

22      Q     Okay.  Why don't we list them, and then we'll

23            go back and talk about them.

24      A     About being an atheist if you don't take off

25            for Good Friday.
```

d4b99268-03b9-477f-bc3a-f009df837d6a

Ungerleider vs Fleet Mortgage Group

5/8/2003                                                                Linda Ungerleider

Page 170

1    Q    Anything else?

2    A    Something that he said that I don't believe

3         that it's really true, but he had said that as

4         a grandfather that he was proud -- this was

5         more in the beginning time when he learned that

6         I was Jewish.  It was almost like at around the

7         same time, but just hearing those things and

8         not being exposed to that kind of environment

9         makes you kind of go -- your mind into shock

10        but that his grandfather -- that either he was

11        proud or his grandfather was proud -- I think

12        it was that his grandfather was proud that he

13        served as a German soldier for the SS.  I don't

14        even know whether his grandfather did or

15        whether it was true, but it's a statement that

16        I will not forget him saying.

17             I don't remember the exact language,

18        but it was shocking, and that was early into --

19        definitely closer to the time that he learned I

20        was Jewish or made the comment to me that I

21        didn't know you were Jewish, and anything else

22        was more like digs or jokes.  I don't remember

23        specifics, and I don't really think derogatory

24        comments -- I would have to remember them.  I

25        think one of them is more than enough.

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 171

1    Q      I'm just asking you to relate them.

2    A      The ones that I've written down on more than

3           one occasion are the ones that really bothered

4           me.

5    Q      Did he used to ask you at every Christmas party

6           in front of all the coworkers why the little

7           Jewish girl is joining us in singing Christmas

8           carols?

9    A      At the holiday parties, Kevin --

10   Q      Can you answer the question, please?

11   A      Well --

12   Q      The question is:  It's alleged in the

13          complaint --

14   A      It's a yes and no.

15   Q      You've alleged in your complaint that he used

16          to embarrass you at every Christmas party by

17          asking you in front of all your coworkers why

18          the little Jewish girl is joining us in singing

19          Christmas carols.  Is that an accurate

20          statement or not?

21   A      It's not accurate.

22   Q      What about it isn't accurate?

23   A      It wasn't at all.  It was more blunt that he --

24          in one instance, he had been drinking.  There

25          was a lot of drinking going on at the party,

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 172

```
 1            and he had said, "Look at the Jewish girl

 2            singing the Christmas carols," and everybody

 3            laughed, and other people laughed.  Some loan

 4            officers who also had a lot to drink were

 5            giggling and laughing at it.

 6     Q      So he said it once, not at every Christmas

 7            party?

 8     A      Right.

 9     Q      So if this was accurately pleaded, you would

10            say he one time made this comment to you at a

11            Christmas party?

12     A      Right.

13     Q      And you did read the complaint before it got

14            filed?

15     A      I read the complaint.  I corrected it and sent

16            it back to Tammy who is no longer with Gary's

17            firm, and it wasn't corrected.

18     Q      But then earlier this morning, you read the

19            complaint?

20     A      I didn't read it that clearly.

21     Q      And which Christmas party was that?

22     A      I don't remember which one.  We had them pretty

23            much at the same place, Colonial Times in

24            Hamden or Blake Street, and so it had to be --

25            it was at one of the times at Colonial Times
```

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 173

```
 1            because they had a piano, and Kevin could play
 2            piano, and it was -- everybody was standing
 3            around the piano singing.
 4     Q      And who else was present?
 5     A      Anybody that attended which would be all the
 6            loan officers, and he invited -- sometimes he
 7            would invite other people from Providence.
 8     Q      So you don't remember anybody specifically who
 9            would have heard that comment?
10     A      The one in particular that was a woman -- I
11            think her name was Carol.  I can't remember her
12            name.  She's left the company, but --
13     Q      You don't know her last name?
14     A      No.  Richard Warwick is the one that I've been
15            trying to find out where he is because he's the
16            one that specifically didn't think it was very
17            nice -- or not Richard Warwick.  I don't
18            remember.  A couple people -- people stuck up
19            for me.  Like if Kevin --
20     Q      Let's stick to this one comment.
21     A      I don't remember specific names, but people
22            definitely felt it wasn't -- those that weren't
23            really drinking and kind of wild felt bad, felt
24            it was uncomfortable for me.
25     Q      Who did you have conversations with about it?
```

d4b99268-03b9-477f-bc3a-f009df837d6a

Page 174

```
 1    A    Just at that very moment.

 2    Q    And who were they?

 3    A    I don't remember.

 4    Q    So you don't remember -- you remember that

 5         people expressed, what, empathy, but you don't

 6         remember a single person that was there or that

 7         you spoke to when that comment was made?

 8    A    Carol Cook was one of them, but there were

 9         three or four women and one man, and I don't

10         remember --

11    Q    So Carol Cook heard the comment?

12    A    I believe she might have heard it, yeah.

13    Q    And then you had a discussion with her about

14         it?

15    A    It wasn't a discussion.  It was just whatever

16         happened at that moment.  It was just a moment.

17    Q    But you said the people who weren't drinking --

18    A    It was in a room, and there were people that

19         were rowdy, and there were people that just --

20         they looked and just made me feel like -- they

21         could see that I felt uncomfortable or bad, and

22         they just said something, and I don't remember

23         something to not make me feel bad, like

24         gestures or comments.

25    Q    You don't remember a single person?
```

d4b99268-03b9-477f-bc3a-f009df837d6a