UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LINDA UNGERLEIDER,<br>PLAINTIFF | : | |
| VS | : | CIVIL ACTION NO.02cv659(AVC) |
| FLEET MORTGAGE GROUP OF<br>FLEET BANK,<br>DEFENDANT | :<br>: | NOVEMBER 26, 2003 |

## MOTION FOR EXTENSION OF TIME

NOW COMES Plaintiff Linda Ungerleider, by and through her undersigned counsel, and requests an extension of time up to and including January 6, 2004 to file the response to Defendant's Motion for Summary Judgment.

The reasons for this request are:

1. That Plaintiff is a sole practitioner.

2. Defendant's motion and exhibits are quite voluminous and Plaintiff needs this time to review the documents and research the issues.

3. Defendant amended its motion and brief and said amendments were not received by Plaintiff until November 18, 2003.

The Defendant has no objection to the granting of this motion.

THE PLAINTIFF, LINDA UNGERLEIDER

BY: _____
ELLEN M. TELKER
564 Boston Post Road
Milford, CT 06460
Tel: 203-877-4108
Fax: 203-878-2084
Federal Bar No.CT10780
HER ATTORNEY

**CERTIFICATION**

This to certify that a copy of the foregoing was mailed via first class postage prepaid on this 1st day of December, 2003 to:

    Beverly W. Garofalo, Esq.
    Brown Raysman Millstein Felder & Steiner
    City Place II, 10th Floor
    Hartford, CT 06103

_____
ELLEN M. TELKER