54

02cv659motextfinic

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LINDA UNGERLEIDER,  :
    PLAINTIFF
                                :
VS                                                   CIVIL ACTION NO.02cv659(AVC)
                                :
FLEET MORTGAGE GROUP OF
FLEET BANK,
    DEFENDANT            :          NOVEMBER 26, 2003

## MOTION FOR EXTENSION OF TIME

NOW COMES Plaintiff Linda Ungerleider, by and through her undersigned counsel, and requests an extension of time up to and including January 6, 2004 to file the response to Defendant's Motion for Summary Judgment.

The reasons for this request are:

1. That Plaintiff is a sole practitioner.

2. Defendant's motion and exhibits are quite voluminous and Plaintiff needs this time to review the documents and research the issues.

3. Defendant amended its motion and brief and said amendments were not received by Plaintiff until November 18, 2003.

December 3, 2003.
SO ORDERED.
GRANTED.
Alfred V. Covello, U.S.D.J.

FILED
2003 DEC -3 P 2:
US DISTRICT COURT
HARTFORD CT

2003 DEC -2 P 1:51
US DISTRICT COURT
HARTFORD CT