UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC -5 P 1: 54
US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| LINDA UNGERLEIDER, | : |
| Plaintiff, | : CIVIL CASE NO: |
| v. | : 3:02CV659(AVC) |
| FLEET MORTGAGE GROUP OF FLEET BANK [sic], | : DECEMBER 4, 2003 |
| Defendant | : |

## MOTION TO WITHDRAW APPEARANCE

I, Catherine L. Moreton, am no longer affiliated with the law firm of Brown Raysman Millstein Felder & Steiner LLP, CityPlace II, 10th Floor, 185 Asylum Street, Hartford, Connecticut 06103. The defendant, Washington Mutual Bank, FA as successor in interest by operation of law to Washington Mutual Home Loans, Inc., the successor by merger to Fleet Mortgage Corporation, continues to be represented by Beverly W. Garofalo, Esq. of Brown Raysman Millstein Felder & Steiner LLP. The defendant has been notified of my change in affiliation and has consented to the granting of this Motion.

I, therefore, respectfully move the court to withdraw my appearance for the defendant in the above referenced matter.

By: _____
Catherine L. Moreton (ct 18706)
3 Pleasant Street
Windsor, CT 06095
(860) 298-0718

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion to Withdraw Appearance was served via first class mail, postage prepaid on this 4th day of December 2003 to the following counsel of record:

Beverly W. Garofalo
Brown Raysman Millstein Felder
 & Steiner LLP
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103

Ellen M. Telker
564 Boston Post Road
Milford, CT 06460

Gary Phelan
Klebanoff & Phelan, P.C.
433 South Main Street, suite 117
West Hartford, CT 06110

_____
Catherine L. Moreton