56

02cv659 motwd

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDA UNGERLEIDER, | |
| Plaintiff, | CIVIL CASE NO: 3:02CV659(AVC) |
| v. | RKW |
| FLEET MORTGAGE GROUP OF FLEET BANK [sic], | DECEMBER 4, 2003 |
| Defendant | |

FILED
2003 DEC -5 P 1:54
US DISTRICT COURT
HARTFORD CT

### MOTION TO WITHDRAW APPEARANCE

I, Catherine L. Moreton, am no longer affiliated with the law firm of Brown Raysman Millstein Felder & Steiner LLP, CityPlace II, 10th Floor, 185 Asylum Street, Hartford, Connecticut 06103. The defendant, Washington Mutual Bank, FA as successor in interest by operation of law to Washington Mutual Home Loans, Inc., the successor by merger to Fleet Mortgage Corporation, continues to be represented by Beverly W. Garofalo, Esq. of Brown Raysman Millstein Felder & Steiner LLP. The defendant has been notified of my change in affiliation and has consented to the granting of this Motion.

I, therefore, respectfully move the court to withdraw my appearance for the defendant in the above referenced matter.

By: _____
Catherine L. Moreton (ct 18706)
3 Pleasant Street
Windsor, CT 06095
(860) 298-0718

December 9 2003  GRANTED.
SO ORDERED
Alfred V. Covello U.S.D.J.