UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LINDA UNGERLEIDER,          :
    PLAINTIFF
                              :
VS                                       CIVIL ACTION NO.02cv659(AVC)
                              :
FLEET MORTGAGE GROUP OF
FLEET BANK,
    DEFENDANT          :          December 31, 2003

## MOTION FOR EXTENSION OF TIME

NOW COMES Plaintiff Linda Ungerleider, by and through her undersigned counsel, and requests an extension of time up to and including February 17, 2004 to file the response to Defendant's Motion for Summary Judgment.

The reasons for this request are:

1. That Plaintiff is a sole practitioner.

2. Defendant's motion and exhibits are quite voluminous and Plaintiff needs this time to review the documents and research the issues.

3. Plaintiff has another matter in Federal Court, Droney, J., in which trial is imminent.

THE PLAINTIFF, LINDA UNGERLEIDER

BY _____
ELLEN M. TELKER
564 Boston Post Road
Milford, CT 06460
Tel: 203-877-4108
Fax: 203-878-2084
Federal Bar No. CT10780
HER ATTORNEY

## CERTIFICATION

This to certify that a copy of the foregoing was mailed via first class postage prepaid on this 31st day of December, 2003 to:

Beverly W. Garofalo, Esq.
Brown Raysman Millstein Felder & Steiner
City Place II, 10th Floor
Hartford, CT 06103

_____
ELLEN M. TELKER