UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------- X
LINDA UNGERLEIDER,                  :
                                    : CIVIL ACTION NO.:
    Plaintiff                       : 3:02CV659(AVC)
                                    :
v.                                  :
                                    :
FLEET MORTGAGE GROUP OF             :
FLEET BANK [sic],                   :
                                    :
    Defendant                       : JANUARY 6, 2004
---------------------------------------------------- X

## DEFENDANT'S PARTIAL OBJECTION TO PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, Washington Mutual Bank FA, as successor in interest by operation of law to Washington Mutual Home Loans, Inc., the successor by merger to Fleet Mortgage Corporation, respectfully objects in part to the plaintiff's Motion for Extension of Time to Respond to the Defendant's Motion for Summary Judgment dated November 17, 2003.

Defendant opposes Plaintiff's request for an extension of time of six additional weeks to respond to Defendant's Motion for Summary Judgment because: (1) Defendant filed an amended motion for summary judgment on November 17, 2003; (2) Plaintiff requested an extension of time through January 5, 2004, to which Defendant agreed; (3) Plaintiff verbally requested a second extension of time of six weeks on December 30, 2003 to which Defendant expressly objected and stated that it would, however, agree to a two to three week extension; (4) although, we advised Plaintiff's counsel of our position, she failed to state same in her motion, as is required by D.Conn.L.Civ.R.7(b)(3).

For all the foregoing reasons, MacDermid, Inc. objects in part to Plaintiff's Request for Extension of Time to Respond to Defendant's Motion for Summary Judgment.

Respectfully submitted,

THE DEFENDANT
WASHINGTON MUTUAL BANK, FA as successor in interest by operation of law to Washington Mutual Home Loans, Inc., the successor by merger to Fleet Mortgage Corporation

By: *Beverly W. Garofalo* (ct11439)
Beverly W. Garofalo (ct11439)
Brown Raysman Millstein Felder
 & Steiner, LLP
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT  06103
(860) 275.6400

## CERTIFICATION

This is to certify that on January 6, 2004, a true copy of the foregoing Objection to Motion for Extension of Time was sent via first-class mail, postage prepaid, to:

Ellen M. Telker, Esq.
564 Boston Post Road
Milford, CT  06460

*Beverly W. Garofalo*
Beverly W. Garofalo