UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LINDA UNGERLEIDER,              :
      PLAINTIFF
                            :
VS                                       CIVIL ACTION NO.02cv659(AVC)
                            :
FLEET MORTGAGE GROUP OF
 FLEET BANK,
      DEFENDANT          :       January 7, 2003

MOTION FOR EXTENSION OF TIME

NOW COMES Plaintiff Linda Ungerleider, by and through her undersigned counsel, and requests an extension of time up to and including February 6, 2004 to file the response to Defendant's Motion for Summary Judgment.

The reasons for this request are:

1. That Plaintiff is a sole practitioner.

2. Defendant's motion and exhibits are quite voluminous and Plaintiff needs this time to review the documents and research the issues.

3. Plaintiff is preparing for a trial before Droney, J.,

4. Defendant's counsel says that they will agree to a 3 week extension but not longer.

This is Plaintiff's second request for an extension of time.

                       THE PLAINTIFF, LINDA UNGERLEIDER

BY _____
      ELLEN M. TELKER
      564 Boston Post Road
      Milford, CT 06460
      Tel: 203-877-4108
      Fax: 203-878-2084
      Federal Bar No.CT10780
      HER ATTORNEY

## **CERTIFICATION**

This to certify that a copy of the foregoing was mailed via first class postage prepaid on this 8th day of January, 2004 to:

    Beverly W. Garofalo, Esq.
    Brown Raysman Millstein Felder & Steiner
    City Place II, 10th Floor
    Hartford, CT 06103

                              _____
                              ELLEN M. TELKER