58

02cv659maot

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LINDA UNGERLEIDER,             :
PLAINTIFF

:

VS                             :       CIVIL ACTION NO.02cv659(AVC)

FLEET MORTGAGE GROUP OF
FLEET BANK,
               DEFENDANT       :       December 31, 2003

MOTION FOR EXTENSION OF TIME

NOW COMES Plaintiff Linda Ungerleider, by and through her undersigned counsel, and requests an extension of time up to and including February 17, 2004 to file the response to Defendant's Motion for Summary Judgment.

The reasons for this request are:

1. That Plaintiff is a sole practitioner.

2. Defendant's motion and exhibits are quite voluminous and Plaintiff needs this time to review the documents and research the issues.

3. Plaintiff has another matter in Federal Court, Droney, J., in which trial is imminent.

January 12m 2004. Granted in part. The plaintiff's opposition memorandum shall be due on or before the close of business on January 30, 2004
SO ORDERED.
Alfred V. Covello, U.S.D.J.