UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LINDA UNGERLEIDER, :
    PLAINTIFF
                                    :

VS                                   CIVIL ACTION NO.02cv659(AVC)
                                  :

FLEET MORTGAGE GROUP OF
FLEET BANK,
    DEFENDANT                  :        January 7, 2003

MOTION FOR EXTENSION OF TIME

NOW COMES Plaintiff Linda Ungerleider, by and through her undersigned counsel, and requests an extension of time up to and including February 6, 2004 to file the response to Defendant's Motion for Summary Judgment.

The reasons for this request are:

1. That Plaintiff is a sole practitioner.

2. Defendant's motion and exhibits are quite voluminous and Plaintiff needs this time to review the documents and research the issues.

3. Plaintiff is preparing for a trial before Droney, J.,

4. Defendant's counsel says that they will agree to a 3 week extension but not longer.

January 15, 2004. Denied as moot as the court has already authorized a limited extension of time
SO ORDERED.
Alfred V. Covello, U.S.D.J.