FILED

2004 JAN 28 P 12: 10

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LINDA UNGERLEIDER,<br>PLAINTIFF | : | |
| VS | : | CIVIL ACTION NO.02cv659(AVC) |
| FLEET MORTGAGE GROUP OF<br>FLEET BANK,<br>DEFENDANT | :<br>: | January 27, 2003 |

## MOTION FOR EXTENSION OF TIME

NOW COMES Plaintiff Linda Ungerleider, by and through her undersigned counsel, and requests an extension of time up to and including February 13, 2004 to file the response to Defendant's Motion for Summary Judgment. This is Plaintiff's third request for an extension of time.

The reasons for this request are:

1. That Plaintiff is a sole practitioner, who is totally blind.

2. Defendant's motion and exhibits are quite voluminous and Plaintiff needs this time to review the documents and research the issues.

3. Although plaintiff's counsel does not ordinarily ask for special accommodation because of her disability, it is a fact that research takes longer when one must rely on a reader.

4. Although plaintiff's counsel is working on obtaining it, at the present times she /does not yet have access to Westlaw or Lexis in an accessible medium.

5. The inclement weather this month has slowed plaintiff's counsel down in preparing this memorandum.

6. Plaintiff's counsel has received no response from defendant's counsel concerning her position on the granting of this motion.

                                        THE PLAINTIFF, LINDA UNGERLEIDER

                                        BY_____
                                        ELLEN M. TELKER
                                        564 Boston Post Road
                                        Milford, CT  06460
                                        Tel: 203-877-4108
                                        Fax: 203-878-2084
                                        Federal Bar No.CT10780
                                        HER ATTORNEY

## CERTIFICATION

This to certify that a copy of the foregoing was mailed via first class postage prepaid on this 27th day of January, 2004 to:

Beverly W. Garofalo, Esq.
Brown Raysman Millstein Felder & Steiner
City Place II, 10th Floor
Hartford, CT 06103

_____
ELLEN M. TELKER