UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LINDA UNGERLEIDER,
    PLAINTIFF

VS                                 CIVIL ACTION NO.02cv659(AVC)

FLEET MORTGAGE GROUP OF
FLEET BANK,
    DEFENDANT                February 10, 2004

## MOTION FOR EXTENSION OF TIME

NOW COMES Plaintiff Linda Ungerleider, by and through her undersigned counsel, and requests an extension of time up to and including February 27, 2004 to file the response to Defendant's Motion for Summary Judgment. This is Plaintiff's third request for an extension of time.

The reasons for this request are:

1. That Plaintiff is a sole practitioner, who is totally blind.

2. Defendant's motion and exhibits are quite voluminous and Plaintiff needs this time to review the documents and research the issues.

3. Although plaintiff's counsel does not ordinarily ask for special accommodation because of her disability, it is a fact that research takes longer when one must rely on a reader.

4. Although plaintiff's counsel is working on obtaining it, at the present times she not yet have access to Westlaw or Lexis in an accessible medium.

5. The inclement weather this month has slowed plaintiff's counsel down in preparing this memorandum.

6. Unbeknown to plaintiff's counsel, plaintiff has gone to Florida on a family emergency and is unavailable to sign her affidavit.

7. Defendant's counsel has not responded to plaintiff's request.
8. This is Plaintiff's fourth reuqest.

THE PLAINTIFF, LINDA UNGERLEIDER

BY_____
ELLEN M. TELKER
564 Boston Post Road
Milford, CT 06460
Tel: 203-877-4108
Fax: 203-878-2084
Federal Bar No.CT10780
HER ATTORNEY

## CERTIFICATION

This to certify that a copy of the foregoing was mailed via first class postage prepaid on this 10th day of February, 2004 to:

    Beverly W. Garofalo, Esq.
    Brown Raysman Millstein Felder & Steiner
    City Place II, 10th Floor
    Hartford, CT  06103

                                              ELLEN M. TELKER