

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


LINDA UNGERLEIDER,                    :
          PLAINTIFF

                                 :

VS                                               CIVIL ACTION NO.02cv659(AVC)

                                 :

FLEET MORTGAGE GROUP OF
FLEET BANK,
          DEFENDANT          :       February 10, 2004


MOTION FOR EXTENSION OF TIME


   NOW COMES Plaintiff Linda Ungerleider, by and through her undersigned counsel,

and requests an extension of time up to and including February 27, 2004 to file the

response to Defendant's Motion for Summary Judgment. This is Plaintiff's third request

for an extension of time.

The reasons for this request are:

1. That Plaintiff is a sole practitioner, who is totally blind.

2. Defendant's motion and exhibits are quite voluminous and Plaintiff needs

this time to review the documents and research the issues.

3. Although plaintiff's counsel does not ordinarily ask for   special accommodation

because of her disability, it is a fact that research takes longer when one must rely on a

reader.

GRANTED.

February 12, 2004.
SO ORDERED.

Alfred V. Covello, U.S.D.J.