UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR -8 P 12: 11

U.S. DISTRICT COURT
HARTFORD, CT.

```
------------------------------------------------  X
                                                   :
LINDA UNGERLEIDER,                                 :
                                                   :    CIVIL ACTION NO.:
          Plaintiff                                :    3:02CV659(AVC)
                                                   :
     v.                                            :
                                                   :
FLEET   MORTGAGE   GROUP   OF                      :
FLEET BANK [sic],                                  :
                                                   :
          Defendant                                :    MARCH 5, 2004
------------------------------------------------  X
```

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE A REPLY IN RESPONSE TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 6(b) and Local Rules of Civil Procedure 9(b), Defendant

Washington Mutual Bank, FA as successor in interest by operation of law to Washington Mutual

Home Loans, Inc., the successor by merger to Fleet Mortgage Corporation, hereby moves for an

extension of time, up to and including March 26, 2004, in which to file a Reply Brief to Plaintiff's

Memorandum of Law in Opposition to Motion for Summary Judgment ("Opposition"). This

additional time is needed to enable the Defendant to review and properly respond to the Opposition.

The plaintiff's Opposition papers were filed on February 27, 2004, with the Clerk of the

Court. However, defendant did not receive them until March 4, 2004 (postmarked March 2, 2004),

and only after making a written request for same. This is the Defendant's first request for an

extension of time within which to file a Reply Brief. Plaintiff, however, requested four extensions

of time within which to file her Opposition, which was originally due on December 9, 2003.

Defendant has made a good faith effort to contact plaintiff's counsel to obtain consent to this

Motion and despite its attempts has been unable to do so. Plaintiff's counsel does not appear to

have an answering machine or a receptionist.

ORAL ARGUMENT IS NOT REQUESTED

GRANTED.
Alfred V. Covello, U.S.D.J.
PLAINTIFF 2003 MAR 5
March 11, 2004.
SO ORDERED.