FILED

2004 APR 13  A 10: 54

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LINDA UNGERLEIDER, :
    PLAINTIFF
                                         :
VS                                         CIVIL ACTION NO.02cv659(AVC)
                                         :
FLEET MORTGAGE GROUP OF
FLEET BANK,
    DEFENDANT                 :       April 12, 2004

## MOTION FOR EXTENSION OF TIME

NOW COMES Plaintiff Linda Ungerleider, by and through her undersigned counsel, and requests an extension of time up to and including May 11, 2004 to file a response to Defendant's response to plaintiff's memorandum of law in opposition to plaintiff's motion for summary judgment.

The reasons for this request are:

1. That Plaintiff is a sole practitioner, who is totally blind.

2. The defendant's response was not received by plaintiff until April 7, 2004.

3. Defendant's motion and exhibits are quite voluminous and Plaintiff needs this time to review the documents and research the issues.

This is plaintiff's first request for an extension of time.

Defendant has no objection to the granting of this motion.

THE PLAINTIFF, LINDA UNGERLEIDER

BY_____
ELLEN M. TELKER
564 Boston Post Road
Milford, CT 06460
Tel: 203-877-4108
Fax: 203-878-2084
Federal Bar No.CT10780
HER ATTORNEY

## CERTIFICATION

This to certify that a copy of the foregoing was mailed via first class postage prepaid on this 12th day of April, 2004 to:

Beverly W. Garofalo, Esq.
Brown Raysman Millstein Felder & Steiner
City Place II, 10th Floor
Hartford, CT 06103

_____
ELLEN M. TELKER