FILED
2004 APR 13 A 10: 51
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LINDA UNGERLEIDER,
    PLAINTIFF

VS

FLEET MORTGAGE GROUP OF
FLEET BANK,
    DEFENDANT

CIVIL ACTION NO.02cv659(AVC)

April 12, 2004

## MOTION FOR EXTENSION OF TIME

NOW COMES Plaintiff Linda Ungerleider, by and through her undersigned counsel, and requests an extension of time up to and including May 11, 2004 to file a response to Defendant's response to plaintiff's memorandum of law in opposition to plaintiff's motion for summary judgment.

The reasons for this request are:

1. That Plaintiff is a sole practitioner, who is totally blind.

2. The defendant's response was not received by plaintiff until April 7, 2004.

April 15, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.