FILED

2004 MAY -7 A 10: 59

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LINDA UNGERLEIDER, :
    PLAINTIFF

                             :

VS                            CIVIL ACTION NO.02cv659(AVC)

                           :

FLEET MORTGAGE GROUP OF
FLEET BANK,
    DEFENDANT            :          May 6, 2004

## MOTION FOR EXTENSION OF TIME

NOW COMES Plaintiff Linda Ungerleider, by and through her undersigned counsel, and requests an extension of time up to and including May 14, 2004 to file the response to Defendant's Response to Plaintiff's Response to Defendant's Motion for Summary Judgment. This is Plaintiff's second request for an extension of time. The reasons for this request are:

1. That Plaintiff is a sole practitioner, who is totally blind.

2. Defendant's motion and exhibits are quite voluminous and Plaintiff needs this time to review the documents and research the issues.

3. Although plaintiff's counsel does not ordinarily ask for special accommodation because of her disability, it is a fact that research takes longer when one must rely on a reader.

4. Plaintiff is in the process of setting up an account with WestLaw, but there has been some delay on the part of WestLaw.

5. Defendant's counsel has no objection to the granting of this motion.

THE PLAINTIFF, LINDA UNGERLEIDER

BY_____
ELLEN M. TELKER
564 Boston Post Road
Milford, CT 06460
Tel: 203-877-4108
Fax: 203-878-2084
Federal Bar No.CT10780
HER ATTORNEY

## **CERTIFICATION**

This to certify that a copy of the foregoing was mailed via first class postage prepaid on this 6th day of May, 2004 to:

Beverly W. Garofalo, Esq.
Brown Raysman Millstein Felder & Steiner
City Place II, 10th Floor
Hartford, CT 06103

_____
ELLEN M. TELKER