FILED

2004 MAY -7 A 10: 59

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LINDA UNGERLEIDER,  :
    PLAINTIFF

                                            :

VS                                                  CIVIL ACTION NO.02cv659(AVC)

                                            :

FLEET MORTGAGE GROUP OF
FLEET BANK,
    DEFENDANT               :     May 6, 2004

MOTION FOR EXTENSION OF TIME

NOW COMES Plaintiff Linda Ungerleider, by and through her undersigned counsel, and requests an extension of time up to and including May 14, 2004 to file the response to Defendant's Response to Plaintiff's Response to Defendant's Motion for Summary Judgment. This is Plaintiff's second request for an extension of time.

The reasons for this request are:

1. That Plaintiff is a sole practitioner, who is totally blind.

2. Defendant's motion and exhibits are quite voluminous and Plaintiff needs this time to review the documents and research the issues.

3. Although plaintiff's counsel does not ordinarily ask for special accommodation because of her disability, it is a fact that research takes longer when one must rely on a reader.

GRANTED.

May 12, 2004.
SO ORDERED.

Alfred V. Covello, U.S.D.J.