UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LINDA UNGERLEIDER,<br>PLAINTIFF | : | |
| VS | : | CIVIL ACTION NO.02CV659(AVC) |
| FLEET MORTGAGE GROUP OF<br>FLEET BANK,<br>DEFENDANT | :<br>: | May 13, 2004 |

RESPONSE TO REPLY TO MEMORANDUM IN OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff wishes to respond to defendant's reply to her memorandum in opposition to defendant's motion for summary judgment. First of all plaintiff requests the opportunity for oral argument in this case. There are numerous topics to cover and plaintiff's research shows that the case law is constantly evolving. If the court has specific questions for the attorneys, they could be answered more effectively at oral argument.

Plaintiff has not abandoned her claims of religious discrimination

In Johnson v. Spencer Press of Maine, 2004 WL 817129 (First Cir., ME, Apr. 16, 2004), the plaintiff was allowed to recover even though the comments were not directed specifically at any one religion. The jury could determine whether the comments were

sufficiently pervasive and offensive. The Jewish plaintiff in <u>Mandell v. County of Suffolk</u>, 316 F.3 368, 381 (NY, 2003), survived a motion for summary judgment contending that he and other nonCatholic employees were not promoted.

Plaintiff's other claims have been dealt with previously. In addition to previous citations plaintiff directs the court to 182 ALR Fed. 609 (2002) which contains extensive discussion of what constitutes constructive discharge.

Plaintiff maintains that there are many disputed issues of fact which should be presented to a jury. Therefore, she respectfully requests that the motion for summary judgment be denied

THE PLAINTIFF
LINDA UNDERLEIDER

BY: _____
ELLEN M. TELKER
564 Boston Post Road
Milford, CT 06460
Tel: 203-877-4108
Fax: 203-878-2084
Federal Bar No.CT10780
HER ATTORNEY