82

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

02cv659mextTime

FILED
2004 MAY 24 P 2: 35
U.S. DISTRICT COURT
HARTFORD, CT.

---------------------------------------------- X
LINDA UNGERLEIDER,              :
                                :   CIVIL ACTION NO.
        Plaintiff               :   3:02CV659(AVC)
                                :
    v.                          :
                                :
FLEET MORTGAGE GROUP OF         :
FLEET BANK [sic],               :
                                :
        Defendant               :   MAY 24, 2004
---------------------------------------------- X

## MOTION FOR EXTENSION OF TIME

The Defendant Fleet Mortgage Group, Inc. respectfully requests that the Court grant an extension of time of seven (7) days, up to and including May 31, 2004, for the defendant to file a reply to Plaintiff's Opposition. As a preliminary matter, although the defendant can see from the court's electronic database that an Opposition has been filed, the plaintiff has yet to serve it upon the defendant. Additionally, the defendant will require additional time to respond to the arguments set forth in the Opposition. This is the Defendant's first request for an extension of time. The Plaintiff could not be reached for her position on this extension.

Respectfully submitted,
THE DEFENDANT
WASHINGTON MUTUAL BANK, FA as
successor in interest by operation of law to
Washington Mutual Home Loans, Inc., the
successor by merger to Fleet Mortgage Corporation

By: _____
Kristi E. Mackin (ct25394)
Brown Raysman Millstein Felder & Steiner, LLP
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103
(860) 275.6400

GRANTED.
Alfred V. Covello, U.S.D.J.
May 25, 2004.
SO ORDERED.

FILED
2004 MAY 26 P 4: 33
U.S. DISTRICT COURT
HARTFORD, CT.

1