

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LINDA UNGERLEIDER,   :
    PLAINTIFF

                              :

VS                                     CIVIL ACTION NO.
                                         302cv659(AVC)

                              :

FLEET MORTGAGE GROUP OF
FLEET BANK,
    DEFENDANT              :        JUNE 17, 2004

### PLAINTIFF'S RESPONSE TO DEFENDANT'S REPLY TO PLAINTIFF'S OBJECTION TO MOTION FOR SANCTIONS

Plaintiff respectfully requests that the court deny defendant's motion for sanctions.

Defendant has not shown how any delay has prejudiced it. As a matter of fact the reply filed by defendant asserted no new information and has delayed this case.

Although defendant had an extension of time until May 31, 2004 to reply, her reply is in fact dated June 1, 2004.

Plaintiff has shown that there are disputed facts which should warrant the denial of the motion for summary judgment.

Since none of the cases cited by defendant is on point, the Court should exercise its discretion and deny the motion for sanctions.

 

THE PLAINTIFF,
LINDA UNGERLEIDER

BY _/s/ Ellen M. Telker_
ELLEN M. TELKER
564 Boston Post Road
Milford, CT 06460
203-877-4108
Fax 203-878-2084
Federal Bar No.CT10780

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed this 18th day of June, 2004 via first class mail postage pre-paid to:

Beverly W. Garofalo, Esq., Brown Raysman Millstein Felder & Steiner, City Place II, 185 Asylum Street, Hartford, CT 06103.

_____
ELLEN M. TELKER