UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LINDA UNGERLEIDER,
    PLAINTIFF

VS                                          CIVIL ACTION NO.02cv659(AVC)

FLEET MORTGAGE GROUP OF
FLEET BANK,
    DEFENDANT                :       June 25, 2004

## MOTION TO RESCHEDULE
### ORAL JUDGMENT

NOW COMES Plaintiff Linda Ungerleider, by and through her undersigned counsel, and requests that the matter be rescheduled for the reason that plaintiff's counsel will be in Alabama from July 3, 2004 to July 10, 2004.

This is plaintiff's first request.

Although defendant's counsel's office was contacted, I have received no indication as to whether they object.

THE PLAINTIFF, LINDA UNGERLEIDER

BY_____
ELLEN M. TELKER
564 Boston Post Road
Milford, CT 06460
Tel: 203-877-4108
Fax: 203-878-2084
Federal Bar No.CT10780
HER ATTORNEY

## CERTIFICATION

This to certify that a copy of the foregoing was mailed via first class postage prepaid on this 28th day of June , 2004 to:

> Beverly W. Garofalo, Esq.
> Brown Raysman Millstein Felder & Steiner
> City Place II, 10th Floor
> Hartford, CT 06103

_____
ELLEN M. TELKER