```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT

                 MOTION HEARING CALENDAR

          Honorable Alfred V. Covello, U. S. D. J.
                 450 Main Street, Hartford
                   Courtroom #1 - Annex
```

**August 5, 2004**

**2:00 p.m.**

RESCHEDULED FROM 7/7/04

3:02cv659 (AVC) <u>Linda Ungerleider v. Fleet Mortgage Group of Fleet Bank</u>

```
           MOTION FOR SUMMARY JUDGMENT (DOC. # 47)
       AMENDED MOTION FOR SUMMARY JUDGMENT (DOC. # 50)
```

Mitchell L. Fishberg
Brown Raysman Millstein Felder & Steiner
Cityplace II
185 Asylum St.
Hartford, CT 06103

Beverly W. Garofalo
Brown Raysman Millstein Felder & Steiner
Cityplace II 10th Floor
185 Asylum St.
Hartford, CT 06103

Kristi E. Mackin
Brown Raysman Millstein Felder & Steiner
Cityplace II 10 Floor
185 Asylum Street
Hartford, CT 06103

Gary Edward Phelan
Klebanoff & Phelan, PC
433 S. Main St.
Suite 117
West Hartford, CT 06110

Ellen Telker
564 Boston Post Rd.
Milford, CT 06460

                               PER ORDER OF THE COURT

                               KEVIN F. ROWE, CLERK