Civil (April 12, 2004)

HONORABLE AVC

DEPUTY CLERK Basile RPTR/~~ERO/TAPE~~ Susan L

TOTAL TIME: 1 hours ___ minutes

DATE 8-5-04 START TIME 2:00pm END TIME 3:00pm

LUNCH RECESS FROM ___ TO ___

RECESS FROM ___ TO ___ (if more than 1/2 hour)

Ungerleider CIVIL NO. 3:02cv 659 AVC

Beverly Garofalo
Plaintiffs Counsel

vs.

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Fleet Mortgage

Ellen Telker
Defendants Counsel

**COURTROOM MINUTES - CIVIL** (check one box)

- ☑ Motion Hearing
- ☐ Evidentiary Hearing
- ☐ Miscellaneous Hearing
- ☐ Show Cause Hearing
- ☐ Judgment Debtor Exam

**MOTION DOCUMENT NO.**

| | No. | Motion | | | |
|---|---|---|---|---|---|
| ☑ | #47 | Motion For Summary Judgment | ☐ granted | ☐ denied | ☑ advisement |
| ☑ | #50 | Motion Amended Summary Judgment | ☐ granted | ☐ denied | ☑ advisement |
| ☐ | # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |

☐ ☐ Brief(s) due ___ ☐ Proposed Findings due ___ Response due ___

| | | | |
|---|---|---|---|
| ☐ | | ☐ filed | ☐ docketed |
| ☐ | | ☐ filed | ☐ docketed |
| ☐ | | ☐ filed | ☐ docketed |
| ☐ | | ☐ filed | ☐ docketed |
| ☐ | | ☐ filed | ☐ docketed |
| ☐ | | ☐ filed | ☐ docketed |
| ☐ | | ☐ filed | ☐ docketed |
| ☐ | | ☐ filed | ☐ docketed |
| ☐ | | ☐ filed | ☐ docketed |
| ☐ | | ☐ filed | ☐ docketed |

☐ ___ Hearing continued until ___ at ___

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MOTION HEARING CALENDAR

FILED

2004 JUL 12 A 9:19

U.S. DISTRICT COURT
HARTFORD, CT.

Honorable Alfred V. Covello, U. S. D. J.
450 Main Street, Hartford
Courtroom #1 - Annex

**August 5, 2004**

**2:00 p.m.**

RESCHEDULED FROM 7/7/04

3:02cv659 (AVC) Linda Ungerleider v. Fleet Mortgage Group of Fleet Bank

MOTION FOR SUMMARY JUDGMENT (DOC. # 47)
AMENDED MOTION FOR SUMMARY JUDGMENT (DOC. # 50)

Mitchell L. Fishberg
Brown Raysman Millstein Felder & Steiner
Cityplace II
185 Asylum St.
Hartford, CT 06103

Beverly W. Garofalo ✓
Brown Raysman Millstein Felder & Steiner
Cityplace II 10th Floor
185 Asylum St.
Hartford, CT 06103

Kristi E. Mackin
Brown Raysman Millstein Felder & Steiner
Cityplace II 10 Floor
185 Asylum Street
Hartford, CT 06103

Gary Edward Phelan
Klebanoff & Phelan, PC
433 S. Main St.
Suite 117
West Hartford, CT 06110

Ellen Telker ✓
564 Boston Post Rd.
Milford, CT 06460

PER ORDER OF THE COURT

KEVIN F. ROWE, CLERK