UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LINDA UNGERLEIDER

       V.                CASE NO. 3:02CV00659(AVC)

FLEET MORTGAGE GROUP
OF FLEET BANK

## JUDGMENT

This action having been commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The defendant having filed its motion for summary judgment and the Court having considered the full record of the case, including applicable principles of law, on August 12, 2004 having granted the motion, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant and against the plaintiff.

Dated at Hartford, Connecticut, this 12th day of August, 2004.

KEVIN F. ROWE, Clerk

By:  /s/ JW
      Jo-Ann Walker
      Deputy Clerk

EOD: _____