UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 AUG 17 A 10: 39

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| LINDA UNGERLEIDER, | CIVIL ACTION NO. |
| PLAINTIFFF, | 3:02CV00659 |
| v. | |
| FLEET MORTGAGE GROUP, | August 13, 2004 |
| DEFENDANT. | |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), I respectfully move to withdraw my appearance on behalf of the plaintiff in the above-captioned matter. The plaintiff will continue to be represented by Attorney Ellen Telker, who already has an appearance in this matter. I was replaced as the plaintiff's attorney in the Spring of 2003 by Attorney Telker. I thought I had filed my withdrawal in the case and I have not been receiving any pleadings from the parties. However, Ms. Ungerleider recently left me a voicemail message approximately saying that I am still listed as counsel of record and requested that I withdraw my appearance.

The plaintiff consents to this Motion to Withdraw, and is being sent a copy of this motion.

WHEREFORE, the undersigned respectfully requests that her Motion to Withdraw Appearance be granted.

Dated: August 13, 2004
Stamford, CT

          THE PLAINTIFF,
          LINDA UNGERLEIDER

By _____
Gary Phelan (CT 03670)
Outten & Golden LLP
Four Landmark Square
Suite 201
Stamford, CT  06901
(203) 363-7888

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was mailed first-class, postage prepaid on August 13, 2004 to:

Ellen M. Telker, Esq.
Law Office of Ellen M. Telker
564 Boston Post Road
Milford, CT 06960-2636

Beverly W. Garafalo, Esq.
Brown Raysman
185 Asylum Street
City Place II
Hartford, CT 06102

Linda Ungerleider
12 Baldwin Street
West Haven, CT 06516

_____
Gary Phelan