UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LINDA UNGERLEIDER, | : | CIVIL ACTION NO. |
| | : | 3:02CV00659 (AVC) |
| PLAINTIFFF, | : | |
| | : | |
| v. | : | |
| | : | |
| FLEET MORTGAGE GROUP, | : | August 13, 2004 |
| | : | |
| DEFENDANT. | : | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), I respectfully move to withdraw my appearance on behalf of the plaintiff in the above-captioned matter. The plaintiff will continue to be represented by Attorney Ellen Telker, who already has an appearance in this matter. I was replaced as the plaintiff's attorney in the Spring of 2003 by Attorney Telker. I thought I had filed my withdrawal in the case and I have not been receiving any pleadings from the parties. However, Ms. Ungerleider recently left me a voicemail message approximately saying that I am still listed as counsel of record and requested that I withdraw my appearance.

The plaintiff consents to this Motion to Withdraw, and is being sent a copy of this motion.

August 18, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.