# United States District Court
### DISTRICT OF CONNECTICUT

**LINDA UNGERLEIDER**

<table>
<tr><td>Plaintiff,</td><td>**BILL OF COSTS**</td></tr>
<tr><td>v.</td><td>Civil Action Number: **3:02CV659(AVC)**</td></tr>
</table>

**FLEET MORTGAGE GROUP
OF FLEET BANK [sic],**

Defendant.

A judgment having been entered in the above entitled action on December 4, 2001 dismissing the Complaint, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ............................................................................................................... $ | |
| Fees for service of subpoenas ....................................................................................................... | 89.60 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case............................................. | 3,488.57 |
| Fees and disbursements for printing.......................................................................................... | |
| Fees for witnesses (itemize on reverse side) .............................................................................. | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case .......................................................... | |
| Docket fees under 28 U.S.C. ' 1923 ......................................................................................... | |
| Costs as shown on Mandate of Court of Appeals......................................................................... | |
| Compensation of court-appointed experts..................................................................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. ' 1828 ............................ | |
| Other costs (please itemize) ........................................................................................................ | |
| **Total** ................................................. $ | 3,578.17 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

Ellen Telker, Esq.
564 Boston Post Road
Milford, Connecticut 06460

Signature of Attorney: _Beverly W. Garofalo_____

Name of Attorney: __Beverly Garofalo_____

For:_____Defendant Fleet Mortgage Group of Fleet Bank_____    Date: _September 3, 2004_
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment

_____ By:_____ _____
Clerk of Court                          Deputy Clerk                          Date

| WITNESS FEES (computation, cf. 28 U.S.C. ' 1821 for statutory fees) | | | | | | |
|---|---|---|---|---|---|---|
| NAME and RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Costs Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

## ITEMIZATION OF BILL OF COSTS

### Defendant's Deposition Transcript Costs

Linda Ungerleider
- Appearance Fee 5/8/03..............................................$80.00
- Original and One Copy..............................................$924.30
- Shipping and Handling..............................................$8.00
- 6% Sales Tax.............................................. $60.74
- Total..............................................$1073.04

Linda Ungerleider
- Appearance Fee 7/14/03..............................................$80.00
- Original and One Copy..............................................$1185.00
- Shipping and Handling..............................................$8.00
- 6% Sales Tax.............................................. $76.38
- Total..............................................$1349.38

Kevin Moran
- One Copy of 9/4/03 Transcript..............................................$144.00
- Shipping and Handling..............................................$8.00
- 6% Sales Tax.............................................. $18.24
- Total..............................................$170.24

Joseph Traester
- Appearance Fee 7/21/03..............................................$80.00
- Original and One Copy..............................................$189.60
- Shipping and Handling..............................................$8.00
- 6% Sales Tax.............................................. $16.66
- Witness Fee..............................................$41.00
- Total..............................................$335.26

Joseph Dellapuca
- Appearance Fee 7/28/03..............................................$80.00
- Original and One Copy..............................................$126.40
- Shipping and Handling..............................................$8.00
- 6% Sales Tax..............................................$12.87
- Witness Fee..............................................$42.00
- Total..............................................$269.27

James Burton
- Appearance Fee 5/8/03..............................................$80.00
- Original and One Copy..............................................$114.55
- Shipping and Handling..............................................$8.00
- 6% Sales Tax..............................................$12.15
- Total..............................................$214.70

Barbara Tartaglio
    Original and One Copy.................................................................... $68.00
    Shipping and Handling................................................................$4.00
    6% Sales Tax.................................................................................$4.32
    Total............................................................................................$76.32

**TOTAL DEPOSITION COSTS...........................................................$3,488.57**

*Please see Exhibit A for documentation to support the total costs, exclusive of those costs not listed as taxable under L.Civ.R.54.*

## Defendant's State Marshal Fees

Service of Subpoena upon Joseph Dellapuca of Laurel Gardens-5/13/03

Service Fee...............................................................................................$30.00
Copies.....................................................................................................$6.00
Endorsements..............................................................................................80
Travel.....................................................................................................$15.00
Total.......................................................................................................$51.80

Service of Subpoena upon Joseph Traester of New Haven Savings Bank-7/8/03

Service Fee...............................................................................................$30.00
Copies.....................................................................................................$2.00
Endorsements..............................................................................................80
Travel.......................................................................................................$5.00
Total.......................................................................................................$37.80

**TOTAL STATE MARSHAL COSTS........................................................$89.60**

*Please see Exhibit B for documentation of State Marshal costs.*

## Brandon Smith Reporting Service, LLC®

| **Date** | **Invoice#** | **Paid** |
|---|---|---|
| 5/23/2003 | 966pr | 6/27/2003 |

44 Capitol Avenue
Hartford, CT 06106

**Billed to:**
Beverly Garofalo
Brown Raysman Millstein Felder & Steiner
185 Asylum St., 10th Floor
Hartford, CT 06103

| | |
|---|---|
| **Date** | 5/8/2003 |
| **Time** | 1000 |
| **Witness** | Ungerleider, Linda |
| **Case** | Ungerleider vs Fleet Mortgage |
| **Venue** | |
| **Case #** | |
| **File No.** | |
| **Claim No.** | |

| Description | Quan | Total |
|---|---|---|
| Multipage Condensed | 1 | $30.00 |
| Appearance | 1 | $80.00 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $62.54 |
| Original and One | 234 | $924.30 |

| | |
|---|---|
| **Invoice Total** | **$1,104.84** |
| **Payments** | **$1,104.84** |
| **Balance Due** | **$0.00** |

**Exhibit A**

## Brandon Smith Reporting Service, LLC®

44 Capitol Avenue
Hartford, CT 06106

| **Date** | **Invoice#** | **Paid** |
|---|---|---|
| 7/28/2003 | 5413BL | 8/26/2003 |

**Billed to:**
Beverly Garofalo
Brown Raysman Millstein Felder & Steiner
185 Asylum St., 10th Floor
Hartford, CT 06103

| | |
|---|---|
| **Date** | 7/21/2003 |
| **Time** | 300 |
| **Witness** | Joseph Traester |
| **Case** | Ungerleider vs Fleet Mortgage |
| **Venue** | |
| **Case #** | |
| **File No.** | |
| **Claim No.** | |

| Description | Quan | Total |
|---|---|---|
| Original and One | 48 | $189.60 |
| Appearance | 1 | $80.00 |
| Multipage Condensed | 1 | $30.00 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $18.46 |

| | |
|---|---|
| **Invoice Total** | **$326.06** |
| **Payments** | **$326.06** |
| **Balance Due** | **$0.00** |

**BROWN RAYSMAN MILLSTEIN**
**FELDER & STEINER LLP**
**OFFICE ACCOUNT**
185 ASYLUM STREET, CITY PLACE II
HARTFORD, CT 06103

2007

51-7010/2111
BRANCH 160

DATE  6/30/03

PAY
TO THE
ORDER OF __ Joe Traester _____ | $  41.00

_____ Forty-one and 00/100 ***************    DOLLARS

**WEBSTER BANK**

Webster Plaza, Waterbury, CT 06702

FOR __ 20669/1, witness fee  γ _____    _____

⑈"00 200 7⑈"  ⑊:2 1 1 1 70 10 1⑊: 10   0009 16 3 26 7⑈"

# Brandon Smith Reporting Service, LLC®

| **Date** | **Invoice#** | **Paid** |
|---|---|---|
| 8/6/2003 | 5633BL | 10/9/2003 |

44 Capitol Avenue
Hartford, CT 06106

---

**Billed to:**
Beverly Garofalo
Brown Raysman Millstein Felder & Steiner
185 Asylum St., 10th Floor
Hartford, CT 06103

---

| | |
|---|---|
| **Date** | 7/28/2003 |
| **Time** | 300 |
| **Witness** | Person Most Knowledgeable— Laurel Gardens |
| **Case** | Ungerleider vs Fleet Mortgage |
| **Venue** | |
| **Case #** | |
| **File No.** | |
| **Claim No.** | |

---

| **Description** | **Quan** | **Total** |
|---|---|---|
| Original and One | 32 | $126.40 |
| Appearance | 1 | $80.00 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $12.86 |

| | |
|---|---|
| **Invoice Total** | **$227.26** |
| **Payments** | **$227.26** |
| **Balance Due** | **$0.00** |



BROWN RAYSMAN MILLSTEIN
FELDER & STEINER LLP
OFFICE ACCOUNT
185 ASYLUM STREET, CITY PLACE II
HARTFORD, CT 06103

2008

51-70/02111
BRANCH 160

PAY
TO THE
ORDER OF _____ Laurel Gardens

DATE  7/1/03

$ 42.00

Forty-two and 00/100 ***********************************

DOLLARS

WEBSTER BANK

Webster Plaza, Waterbury, CT 06702

FOR _____ 20669/1, witness fee

⑈00 2008⑈  ⑆ 2 1 1 1 70 10 1⑆ 10  0009 16 3 26 7⑈

# Brandon Smith Reporting Service, LLC®

| **Date** | **Invoice#** | **Paid** |
|---|---|---|
| 9/3/2003 | 1242pr | 1/6/2004 |

44 Capitol Avenue
Hartford, CT 06106

**Billed to:**
Beverly Garofalo
Brown Raysman Millstein Felder & Steiner
185 Asylum St., 10th Floor
Hartford, CT 06103

| | |
|---|---|
| **Date** | 8/29/2003 |
| **Time** | 1100 |
| **Witness** | Burton, James |
| **Case** | Ungerleider vs Fleet Mortgage |
| **Venue** | |
| **Case #** | |
| **File No.** | |
| **Claim No.** | |

*original plus 1 copy 114.55*

| Description | Quan | Total |
|---|---|---|
| Original and Three | 29 | ~~$134.85~~ |
| Appearance | 1 | $80.00 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $13.37 |

| | |
|---|---|
| **Invoice Total** | **$236.22** |
| **Payments** | **$236.22** |
| **Balance Due** | **$0.00** |

# Brandon Smith Reporting Service, LLC®

| **Date** | **Invoice#** | **Paid** |
|---|---|---|
| 10/2/2003 | 1462pr | 1/6/2004 |

44 Capitol Avenue
Hartford, CT 06106

**Billed to:**
Beverly Garofalo
Brown Raysman Millstein Felder & Steiner
185 Asylum St., 10th Floor
Hartford, CT 06103

| | |
|---|---|
| **Date** | 9/4/2003 |
| **Time** | 100 |
| **Witness** | Moran, kevin |
| **Case** | Ungerleider vs Fleet Mortgage |
| **Venue** | |
| **Case #** | |
| **File No.** | |
| **Claim No.** | |

| **Description** | **Quan** | **Total** |
|---|---|---|
| Copy | 64 | $144.00 |
| Multipage Condensed | 1 | $30.00 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $10.92 |

| | |
|---|---|
| **Invoice Total** | **$192.92** |
| **Payments** | **$192.92** |
| **Balance Due** | **$0.00** |

# Brandon Smith Reporting Service, LLC®

**Date**   **Invoice#**   **Paid**
7/24/2003  5370BL  2/2/2004

44 Capitol Avenue
Hartford, CT 06106

**Billed to:**
Beverly Garofalo
Brown Raysman Millstein Felder & Steiner
185 Asylum St., 10th Floor
Hartford, CT 06103

| | |
|---|---|
| **Date** | 7/14/2003 |
| **Time** | 1000 |
| **Witness** | Ungerleider, Linda |
| **Case** | Ungerleider vs Fleet Mortgage |
| **Venue** | |
| **Case #** | |
| **File No.** | |
| **Claim No.** | |

| Description | Quan | Total |
|---|---|---|
| Original and One | 300 | $1,185.00 |
| Appearance | 1 | $80.00 |
| Livenote | 300 | $450.00 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $103.38 |

| | |
|---|---|
| **Invoice Total** | **$1,826.38** |
| **Payments** | **$1,826.38** |
| **Balance Due** | **$0.00** |

*JUDI A. ROBERTS REPORTING SERVICES*
*85 VISCOUNT DRIVE - NO. 15F*
*MILFORD, CT  06460*
*OFFICE AND FAX  203  876-7018*

June 23, 2003

TO:  BROWN, RAYSMAN, MILLSTEIN, FEDLER & STEINER, LLP
     CityPlace II
     185 Asylum Street
     Hartford, CT  06103
     ATTN:  BEVERLY W. GAROFALO, ATTORNEY-AT-LAW

CASE:    Linda Ungerleider vs Fleet Mortgage Group
         of Fleet Bank
WITNESS: Barbara Tartaglio
DATE:    June 20, 2003

| | |
|---|---|
| Copy of Transcript | $ 68.00 |
| Compressed transcript w/index | 25.00 |
| ASCII Disc | 10.00 |
| Subtotal | $103.00 |
| CT Sales Tax | 6.18 |
| Postage | 4.00 |
| TOTAL............................. | $113.18 |

ID# 021353616
Due and payable upon receipt

**Exhibit B**

## UNITED STATES DISTRICT COURT

U.S. District Court

ss:  Woodbridge, May 13, 2003

District of Connecticut


        Then I made due service of the within Subpoena by
reading the same in the presence and hearing of and leaving
a true copy thereof with the following person(s):

### NAME


**LAUREL GARDENS,** by leaving with and in the hands of Louise
Ford, Director of Human Resources, who is duly authorized to
accept service and who accepted service, and paid/tendered
(to each) the fees allowed by law.

        The within is a true copy of the original Subpoena.

ATTEST:




EVE L. MILLER
AN INDIFFERENT PERSON


Fees:
Service Fee      $30.00
Copies            6.00
Endorsements       .80
Travel           15.00
Witness          55.00 by attorney
                $ 51.80

## UNITED STATES DISTRICT COURT

U.S. District Court

ss:  New Haven, July 8, 2003

District of Connecticut

Then I made due service of the within Subpoena by reading the same in the presence and hearing of and leaving a true copy thereof with the following person(s):

**JOSEPH TRAESTER, NEW HAVEN SAVINGS BANK,** by leaving with and in his hands of Penny Mason, Esq., Tyler Cooper & Alcorn, LLP, his attorney, who is duly authorized to accept service and who accepted service, and paid/tendered (to each) the fees allowed by law.

The within is a true copy of the original Subpoena.

ATTEST:

EVE L. MILLER
NEW HAVEN COUNTY
AN INDIFFERENT PERSON

Fees:
Service Fee    $30.00
Copies          2.00
Endorsements     .80
Travel          5.00
Witness        41.00 by attorney
             $ 37.80