**FORM 2**

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 SEP 10  A 7 47

U.S. DISTRICT COURT
HARTFORD CT.

LINDA Ungerleider,
Plaintiff

v.

Fleet Mortgage Group of
Fleet Bank
Defendent

CIVIL CASE NO. 3:02CV659 (AVC)

### MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(5), _Linda Ungerleider_ respectfully requests leave
(appealing party)
to file the within notice of appeal out of time. _Linda Ungerleider_ desires to appeal
(appealing party)
the judgment in this action entered on _Aug 12, 2004_ but failed to file a notice of appeal

within the required number of days because:

**EXPLAIN HERE THE "EXCUSABLE NEGLECT" OR "GOOD CAUSE" WHICH LED
TO YOUR FAILURE TO FILE A NOTICE OF APPEAL WITHIN THE REQUIRED
NUMBER OF DAYS.**

① ATTORNEY Ellen Teiker stated "she is not familiar with
the process of this appeal and no other counsel
became available to date.
② ATTORNEY TEIKER didnot
file "motion to withdraw"
until 9/7/04

③ Front Desk, U.S. District
Court said Atty. Teikers
motion to withdraw wasn't
an original even though it was
her original
signature as she
doesn't use blue.

Signature  _[signature]_

Print Name  _Linda Ungerleider_

_12 Baldwin St_

_West Haven CT 06516_
Address

_203 231 - 3002 day_
Telephone Number

Date: _9/7/04_

Note: You may file this form, together with a copy of Form 1(Notice of Appeal) if you are seeking to appeal a judgment and did
not file a copy of Form 1(Notice of Appeal) within the required time. These forms must be received in the Office of the Clerk of
the U.S. District Court no later than 30 days after the expiration of the time prescribed by Rule 4(a) FRAP.

## UNITED DISTRICT COURT
## DISTRICT OF CONNECTICUT

**LINDA UNGERLEIDER,**
    **PLAINTIFF**

    **V.**                        **Civil No. 3:02CV659(AVC)**

**FLEET MORTGAGE GROUP OF**
**FLEET BANK,**
    **DEFENDANT**

### CERTIFICATE OF SERVICE

I, Linda Ungerleider, do hereby certify that (2) two copies of the attached Motion for

An Extension of Time to File A Notice Of Appeal is foregoing by prepaid first class

Mail to Ms. Beverly W. Garofalo, Esquire, of Brown Raysman, Millstein, Felder &

Steiner, LLP, CityPlace II 10th Floor, 185 Asylum Street, Hartford, CT  06103 this 7th day

of September, 2004.

_____.
Notary

_____
**Linda Ungerleider**
**12 Baldwin Street**
**West Haven, CT  06516**
 **203/2313002**

**My Commission Expires**
    **May 31, 2007**
_____.
**Dated**


**Dated**  Sept 7, 2004