UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

LINDA UNGERLEIDER,
PLAINTIFF

2004 SEP 10  A 7:47

V.                          CIVIL NO. 3:02CV659(AVC)  U.S. DISTRICT COURT
HARTFORD, CT.

FLEET MORTGAGE GROUP OF
FLEET BANK,
DEFENDANT

## MOTION FOR PRO SE APPEARANCE

I, Linda Ungerleider, no longer have legal counsel.  My Attorney, Ms. Ellen Telker,

Esquire, has informed me "she does not have experience appealing a case in

Federal Court."

Ms. Telker did the best she could and was remarkable.  As a blind person with

a seeing eye dog, the case being so voluminous made it possible that some

documents or statements have been overlooked unintentionally by my Attorney

after reviewing citings in the ruling.

I have learned that only after I file a "Motion to Appeal" that I might possibly

be able to "Motion for Counsel" for assistance from that Court.

Ms. Telker informed me today that she would file a the necessary Motion

to withdraw from my case to allow me to have the opportunity to appeal

possible arguments of the ruling.

Respectfully submitted

Linda Ungerleider
12 Baldwin Street
West Haven, CT  06516
203/933-0606

Dated:  Sept. 7, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LINDA UNGERLEIDER,
    PLAINTIFF

        V.                              CIVIL NO. 3:02CV659(AVC)

FLEET MORTGAGE GROUP OF
FLEET BANK,
        DEFENDANT

## MOTION FOR PRO SE APPEARANCE

I, Linda Ungerleider, no longer have legal counsel.  My Attorney, Ms. Ellen Telker,

Esquire, has informed me "she does not have experience appealing a case in

Federal Court."

Ms. Telker did the best she could and was remarkable.  As a blind person with

a seeing eye dog, the case being so voluminous made it possible that some

documents or statements have been overlooked unintentionally by my Attorney

after reviewing citings in the ruling.

I have learned that only after I file a "Motion to Appeal" that I might possibly

be able to "Motion for Counsel" for assistance from that Court.

Ms. Telker informed me today that she would file a the necessary Motion

to withdraw from my case to allow me to have the opportunity to appeal

possible arguments of the ruling.

                          Respectfully submitted

                          Linda Ungerleider
                          12 Baldwin Street
                          West Haven, CT  06516
                          203/933-0606

Dated:  Sept. 7, 2004

UNITED DISTRICT COURT
DISTRICT OF CONNECTICUT

LINDA UNGERLEIDER,
    PLAINTIFF

    V.                           Civil No. 3:02CV659(AVC)

FLEET MORTGAGE GROUP OF
FLEET BANK,
    DEFENDANT

CERTIFICATE OF SERVICE

I, Linda Ungerleider, do hereby certify that (2) two copies of the attached Motion for Pro SE

Appearance are foregoing by first class prepaid mail to Ms. Beverly W. Garofalo, Esquire

Of Brown Raysman, Millstein, Felder & Steiner, LLP, CityPlace II 10th Floor, 185

Asylum Street, Hartford, CT  06103 this 7th day of September, 2004

_____
Notary

                           _____
                           **Linda Ungerleider**
                           **12 Baldwin Street**
                           **West Haven, CT  06516**
                            203/2313002

**My Commission Expires
   May 31, 2007**
_____
**Dated**

**Dated** Sept 7, 2004.