UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| LINDA UNGERLEIDER, | : | 2004 SEP 13  A 11: 38 |
| PLAINTIFF | : | |
| VS | : | U.S. DISTRICT COURT |
| | | CIVIL ACTION NO.02CV659(AVC) |
| FLEET MORTGAGE GROUP OF | : | |
| FLEET BANK, | | |
| DEFENDANT | : | September 10, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), I respectfully move to withdraw my appearance on behalf of the plaintiff. On September 1 and 7, 2004, the plaintiff and I agreed by phone that she should proceed pro se.

If the plaintiff can have an extension of time to file her appeal she consents to the filing of this motion. She is being sent a copy of this motion.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

THE PLAINTIFF

BY:_____
ELLEN M. TELKER
564 Boston Post Road
Milford, CT  06460
Tel: 203-877-4108
Fax: 203-878-2084
Federal Bar No.CT10780

## CERTIFICATION

This to certify that a copy of the foregoing was mailed via first class postage prepaid on this 11th day of September, 2004 to:

Beverly W. Garofalo, Esq.
Brown Raysman Millstein Felder & Steiner
City Place II, 10th Floor
Hartford, CT 06103

Linda Ungerleider
12 Baldwin Street
West Haven, CT 06516

_____
ELLEN M. TELKER