UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LINDA UNGERLEIDER,
   PLAINTIFF

V.                                        CIVIL NO. 3:02CV659(AVC)

FLEET MORTGAGE GROUP OF
FLEET BANK,
   DEFENDANT

**MOTION FOR PRO SE APPEARANCE**

I, Linda Ungerleider, no longer have legal counsel. My Attorney, Ms. Ellen Telker, Esquire, has informed me "she does not have experience appealing a case in Federal Court."

Ms. Telker did the best she could and was remarkable. As a blind person with a seeing eye dog, the case being so voluminous made it possible that some documents or statements have been overlooked unintentionally by my Attorney after reviewing citings in the ruling.

I have learned that only after I file a "Motion to Appeal" that I might possibly be able to "Motion for Counsel" for assistance from that Court.

Ms. Telker informed me today that she would file a the necessary Motion to withdraw from my case to allow me to have the opportunity to appeal possible arguments of the ruling.

Respectfully submitted

Linda Ungerleider
12 Baldwin Street
West Haven, CT 06516
203/933-0606

Dated:  Sept. 7, 2004

September 16, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.