UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

LINDA UNGERLEIDER,      :        2004 SEP 13 A 11: 38
    PLAINTIFF
                             :        U.S. DISTRICT COURT
                                    HARTFORD, CT.
VS          :        CIVIL ACTION NO.02CV659(AVC)

                             :
FLEET MORTGAGE GROUP OF
 FLEET BANK,
    DEFENDANT      :        September 10, 2004

MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), I respectfully move to withdraw my appearance on behalf of the plaintiff. On September 1 and 7, 2004, the plaintiff and I agreed by phone that she should proceed pro se.

If the plaintiff can have an extension of time to file her appeal she consents to the filing of this motion. She is being sent a copy of this motion.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

Alfred v. Covello, U.S.D.J.

FILED
2004 SEP 16 P 5: 58
U.S. DISTRICT COURT
HARTFORD, CT.

02cv659end97

THE PLAINTIFF

BY: _____
ELLEN M. TELKER
564 Boston Post Road
Milford, CT 06460
Tel: 203-877-4108
Fax: 203-878-2084
Federal Bar No.CT10780

September 16, 2004. GRANTED.
SO ORDERED.