UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

LINDA UNGERLEIDER,
    PLAINTIFF

2004 SEP 22  A 11: 04

U.S. DISTRICT COURT

v.                                    CIVIL ACTION NO. 3;02CV659(AVC)

FLEET MORTGAGE GROUP
OF FLEET BANK (sic),

    DEFENDANT

## MOTION TO DENY BILL OF COSTS

I, Linda Ungerleider, plaintiff retained Ellen Telker, Esquire for legal counsel for Claims against Defendant Fleet Mortgage Group of Fleet Bank. At the time Ms. Ellen Telker agreed to take the case on contingency. She offered no contracts. No fees were established nor discussed. No information was given to us about fees involved in filing a claim. Ms. Telker received Judgment letters for "Non payment of deposition court reporting costs". We did not want Attorney Telker to have Judgments placed on her credit. We arranged with the Court reporting company to have the bill paid in installment payments for her.

Ms. Telker seems to believe that she is not responsible for the Bill of Costs sent to her. She indicated that maybe a Motion to Deny is required.

We therefore, request that FMG's Bill of Costs request to be paid by Attorney Telker be denied. We also cannot afford any more fees.

That this Bill of Costs of FMG;s fees be denied for the sake of Ellen Telker, Esq.

We have arranged with the Brandon Reporting Company to pay for the depositions on a monthly payment schedule for which we are current. This is the best we could do. At the time of retaining Ms. Telker, we were offered other legal counsel on a contingency basis; however, Ms. Telker indicated that she was capable and we even asked her about contractual agreement. It was early into the case, especially during depositions, that I realized the difficulty she was having but I couldn't find any legal counsel that would assist her at that point into the case. I am praying that I will have the opportunity to Motion for Counsel in an appeals process since so many important statements and cases were not addressed and were unintentionally misplaced by Ms. Telker. Statements and cases that I believe prove Prima Facia and other important law matter.

We believed that the due process for filing a claim is without fee other than Attorney fee such was the case with the CHRO.

Based on the limitations and experience of both Ellen Telker and Plaintiff, would This Court kindly deny FMG's request for reimbursement of the "Bill of Costs."

                                              Respectfully submitted,

                                              Linda Ungerleider
                                              12 Baldwin Street
                                              West Haven, CT  06516
                                              203-933-0606

cc:  Ms. Beverly Garofalo, Esquire

UNITED DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 SEP 22  A 11: 04

U.S. DISTRICT COURT
            CT.

**LINDA UNGERLEIDER,**
    **PLAINTIFF**

V.                                    Civil No. 3:02CV659(AVC)

**FLEET MORTGAGE GROUP OF**
**FLEET BANK,**
    **DEFENDANT**

### CERTIFICATE OF SERVICE

I, Linda Ungerleider, do hereby certify that (2) two copies of the attached Motion to

Deny Bill of Costs which is foregoing via first class mail prepaid postage

to Ms. Beverly W. Garofalo, Esquire, of Brown Raysman, Millstein, Felder &

Steiner, LLP, CityPlace II 10th Floor, 185 Asylum Street, Hartford, CT 06103 this 19th

day of September, 2004.

_____
**Notary**

9/20/04
_____
**Dated**   Michael D'Orlando
        Notary Public - Connecticut
        My Commission Expires December 31, 2008

_____
Linda Ungerleider
12 Baldwin Street
West Haven, CT 06516
203/2313002

**Dated**_____

Subscribed and sworn to before me
this 20th day of Sept 2004
_____
    Notary Public
Date Commission Expires: 12-31-08