UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT HARTFORD
9/16/04
_____ _____, Clerk
By A. Montgomery

Linda Ungerleider, Plaintiff

v.

Fleet Mortgage Group of Fleet Bank, Defendant

Case No. 3:02CV659(AVC)
(Put case number here)

## CONSENT TO ELECTRONIC NOTICE BY PRO SE LITIGANT

1. (Complete the first line for electronic notification from the court)

I, Linda Ungerleider (name of pro se litigant) hereby consent to the court using my email address, as listed below, for the purpose of sending me notification of orders and notices issued by the court.

2. (Complete the second line for electronic service from opposing counsel; **DO NOT COMPLETE THIS LINE IF YOU WANT OPPOSING COUNSEL TO SEND PAPERS BY REGULAR MAIL**)

I, Linda Ungerleider (name of pro se litigant) hereby consent to opposing counsel using my email address, as listed below, for the purpose of sending me papers filed with the court.

In the event I change my email provider or discontinue my email service, I will notify the court immediately of the address change so my court records may be updated.

Linda Ungerleider
(Name of pro se litigant, typed or printed)

12 Baldwin St
Street Address

West Haven CT 06516
City, State, Zip Code

203 9330606 eve.
2032313002 day
Telephone

Ungerleider@sbcglobal.net
email address

9/7/04
Date

[Signature]
Signature

## Certificate of Service

I hereby certify that on 9/7/04 [date], a copy of foregoing "Consent to Electronic Service By Pro Se Litigant," was filed and served by mail on the following: [list by name and address, every person served]

Ms. Beverly W. Garofalo, Esquire
Brown, Raysman, Millstein, Felder + Steiner LLC
CityPlace II, 10th Floor
185 Asylum St.
Hartford, CT
06103

_____
Signature of pro se litigant

RECEIVED SEP * 2004 U.S. DISTRICT COURT HARTFORD, CONN.