02cv659mextime

95

FORM 2

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2004 SEP 10 A 7 47

U.S. DISTRICT COURT
HARTFORD, CT.

Linda Ungerleider,
Plaintiff

v.

Fleet Mortgage Group of
Fleet Bank
Defendant

CIVIL CASE NO. 3:02CV659 (AVC)

cm

### MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(5), Linda Ungerleider respectfully requests leave
(appealing party)
to file the within notice of appeal out of time. Linda Ungerleider desires to appeal
(appealing party)
the judgment in this action entered on Aug 12, 2004 but failed to file a notice of appeal

within the required number of days because:

**EXPLAIN HERE THE "EXCUSABLE NEGLECT" OR "GOOD CAUSE" WHICH LED TO YOUR FAILURE TO FILE A NOTICE OF APPEAL WITHIN THE REQUIRED NUMBER OF DAYS.**

(1) Attorney Ellen Telker stated "she is not familiar with the process of this appeal and no other counsel became available to date.
(2) Attorney Telker did not file "motion to withdraw" until 9/7/04.
(3) Front Desk, U.S. District Court said Atty. Telker's motion to withdraw wasn't an original even though it was
(4) 9/7/04 her original signature as she doesn't use blue.

Signature

Linda Ungerleider
Print Name

12 Baldwin St
West Haven CT 06516
Address

203 231-3002 day
Telephone Number

Date: 9/7/04

**Note:** You may file this form, together with a copy of Form 1 (Notice of Appeal) if you are seeking to appeal a judgment and did not file a copy of Form 1 (Notice of Appeal) within the required time. These forms must be received in the Office of the Clerk of the U.S. District Court no later than 30 days after the expiration of the time prescribed by Rule 4(a) FRAP.

---

[Left margin handwritten order, rotated:]

The motion to extend the time for filing a notice of appeal is GRANTED. The plaintiff shall have to and including September 30, 2004 to file said notice. SO ORDERED.

September 23, 2004.   /s/ S.D.J.