# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

Linda Ungerleider
                    Plaintiff
        v.

Fleet mortgage Groups of
Fleet Bank,
                    Defendant

CIVIL CASE NO. 3:02 CV 659 (AVC)

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Linda Ungerleider__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach the Judgment or Order): Plaintiff's BLIND ATTORNEY, unintentionally left out citations, responses, case laws and defense positions that would prove prima facia case, pretexual and causal connection to FMLA LEAVE and inconsistencies, contradictions in FMG'S Defense Claim. Also, Falsified, trumped up and possibly tampered with exhibits submitted by FMG (AKA) Fleet MTG. Group.

2. The Judgment/Order in this action was entered on __Aug. 12, 2004__.
                                                                    (date)

_____
Signature

__Linda Ungerleider__
Print Name

__12 Baldwin St.__
__West Haven CT, 06516__
Address

Date: __8/23/04__

__1-888-602-0606 VM__
Telephone Number

**Note:** You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).