UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LINDA UNGERLEIDER,
        PLAINTIFF

        V.                                    CIVIL NO. 3:02CV659(AVC)

FLEET MORTGAGE GROUP OF
FLEET BANK, AKA (FMG)
        DEFENDANT

**MOTION FOR COUNSEL**
**MOTION FOR APPEAL AT THIS DATE**
**MOTION TO ALLOW OVERSIZED BRIEF**

I, Linda Ungerleider, plaintiff appeal to the 2nd Circuit Court to reconsider the

possible time barred for appeal process due to the inexperience of my former

Attorney Ms. Ellen Telker who is blind and stated that "she never experienced filing

an appeal.  In addition, I was told that I had to wait for the "60 day request for

Extension to appeal" to be "granted" before I could file a "motion to appeal."

It has not been granted to date per phone call with U.S. District Court Clerk.

Ms. Telker was unable to get her "Motion to Withdraw" letter out in time.

Plaintiff appeals to the 2nd Circuit Court to have the opportunity to present

important and material facts, case laws and defending references to Defendant's

Exhibits that were unintentionally left out by Plaintiff's former Attorney.  Based

on the volumn and non disputed complexity of the case, it is difficult enough

for a person with sight to go over the records; but it became all too apparent

during depositions that Ms. Telker was having difficulty.  At that point in the case,

and especially now that the case was ruled in favor of the Defendant, I have not

been able to find another Attorney who will take the case over.

1

I therefore, also pray for the opportunity to have Counsel assigned to assist me.

The Honorable Judge Alfred V. Covello, cited in the last sentence of the Judgment

that "any failure by future litigants to comply most strictly with the rules, however,

may result in sanction." I, therefore, cannot continue my due process without the

assistance of an experienced Counsel because I am grossly concerned that I will

obviously not be capable of understanding the rules. I do not have means to

pay for sanction. I understand and appreciate the Judge needing to make the rules

and procedures clearly followed for the sake of the Court system.

I considered withdrawing the case; however, there were too many citations

That showed that the citations in Local Rule (a)(2) were not completed, some

Exhibits submitted by FMG were tampered with or totally falsified with

Inconsistencies and contradictions that were not pointed out or noticed

By my blind Counsel. Judgment cited many times throughout ruling that

FMG provided "well documented" proof of material fact regarding Plaintiff

being considered "unprofessional" by "many supervisors" and "many customer

complaints" when in fact, there is not one single document in the voluminous

case that make any reference to those accusations other than from one, Kevin

Moran, sales manager who Plaintiff submits is anti-semitic. Plaintiff was

supervised by more than 18 others and there were no documents of anything

negative about her work at FMG. The worst remark cited in the ruling was that

"Ungerleider, even received lowest score in 8 criteria in 1996 of a meets expectations

in her review." The definition exhibited for "meets expectations is, "performs job

in a fully satisfactory manner." Plaintiff argues that any reasonable finder would

not interpret the review negatively.

There were numerous discrepancies regarding "FMG providing well documented

Evidence and plaintiff pleads for the opportunity for an experienced Attorney

To assist her with her claims against FMG.


Respectfully submitted

Linda Ungerleider
12 Baldwin Street
West Haven, CT  06516
203-933-0606
203-231-3002

cc:  Ms. Beverly Garofalo, Esquire

# UNITED DISTRICT COURT
## DISTRICT OF CONNECTICUT

**LINDA UNGERLEIDER,**
    **PLAINTIFF**

    **V.**                        **Civil No. 3:02CV659(AVC)**

**FLEET MORTGAGE GROUP OF**
**FLEET BANK,**
    **DEFENDANT**

## CERTIFICATE OF SERVICE

I, Linda Ungerleider, do hereby certify that (1) copy of the attached Motion for

Counsel, Motion to Appeal to Date and Motion for oversized Brief Motion, which is

foregoing via first class mail prepaid postage to Ms. Beverly W. Garofalo, Esquire, of

Brown Raysman, Millstein, Felder & Steiner, LLP, CityPlace II 10th Floor, 185 Asylum

Street, Hartford, CT 06103 this 22th day of September, 2004.

**Linda Ungerleider**
**12 Baldwin Street**
**West Haven, CT 06516**
**203/2313002**

**Notary**

9/23/04
**Dated**

**Dated** 9/23/04

**JAFF P. FATICONE**
**NOTARY PUBLIC**
My Commission Expires September 30, 2007