UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LINDA UNGERLEIDER,
   PLAINTIFF

V.                                   CIVIL NO. 3:02CV659(AVC)

FLEET MORTGAGE GROUP OF
FLEET BANK, AKA (FMG)
   DEFENDANT

**MOTION FOR COUNSEL**
**MOTION FOR APPEAL AT THIS DATE**
**MOTION TO ALLOW OVERSIZED BRIEF**

I, Linda Ungerleider, plaintiff appeal to the 2nd Circuit Court to reconsider the possible time barred for appeal process due to the inexperience of my former Attorney Ms. Ellen Telker who is blind and stated that "she never experienced filing an appeal. In addition, I was told that I had to wait for the "60 day request for Extension to appeal" to be "granted" before I could file a "motion to appeal." It has not been granted to date per phone call with U.S. District Court Clerk. Ms. Telker was unable to get her "Motion to Withdraw" letter out in time. Plaintiff appeals to the 2nd Circuit Court to have the opportunity to present important and material facts, case laws and defending references to Defendant's Exhibits that were unintentionally left out by Plaintiff's former Attorney. Based on the volumn and non disputed complexity of the case, it is difficult enough for a person with sight to go over the records; but it became all too apparent during depositions that Ms. Telker was having difficulty. At that point in the case, and especially now that the case was ruled in favor of the Defendant, I have not been able to find another Attorney who will take the case over.

October 1, 2004. As a notice of appeal has been filed in this case, this court is without jurisdiction to consider any of the claims for relief. Jurisdiction over this matter now lies with the United States Court of Appeals for the Second Circuit. See United States v. Rogers, 101 F.3d 247, 251 (2d Cir. 1996). The motions are therefore DENIED. SO ORDERED.

/s/ Alfred V. Covello, U.S.D.J.

1