UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDA UNGERLEIDER | : |
| Vs. | : CASE NO. 3:02CV00659(AVC) |
| FLEET MORTGAGE GROUP OF FLEET BANK (sic) | : : |

RULING ON DEFENDANT'S BILL OF COSTS

Pending before the Clerk is a bill of costs filed by the defendant on September 7, 2004. On September 27, 2004, plaintiff filed a notice of appeal.

Therefore, defendant's bill of costs is denied without prejudice to renewal after the plaintiff's appeal has been resolved by the United States Court of Appeals.

Dated at Hartford, Connecticut, this 19th day of January, 2005.

KEVIN F. ROWE, CLERK

By: ___/s/___
Mary A. Wiggins
Deputy in Charge