Dist. of Con. (New Haven)
02-cv-659
Covello, J.



# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 15th day of April, Two Thousand and Five,

Present:
　　Hon. James L. Oakes,
　　Hon. Pierre N. Leval,
　　Hon. Chester J. Straub,
　　　　　*Circuit Judges*,

[SEAL: UNITED STATES COURT OF APPEALS FILED APR 1 5 2005 Roseann B. MacKechnie, CLERK SECOND CIRCUIT]

Linda Ungerleider,
　　　　　Plaintiff-Appellant,

　　v.　　　　　　　　　　　　　　　　04-5321-cv

Fleet Mortgage Group
of Fleet Bank,
　　　　　Defendant-Appellee.

Appellant, *pro se*, moves for appointment of counsel. Upon due consideration, it is ORDERED that the motion is denied, all other pending motions are denied as moot, and the appeal is dismissed. The appellant has not shown that her appeal has "likely merit." *See Cooper v. A. Sargenti Co.*, 877 F.2d 170, 172-74 (2d Cir. 1989). Furthermore, the Appellant fails to raise any non-frivolous issues. *See Fitzgerald v. First East Seventh St. Tenants Corp.*, 221 F.3d 362, 363-64 (2d Cir. 2000).

　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　Roseann B. MacKechnie, Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK
by [signature] Sheri Belmeau
　　DEPUTY CLERK

　　　　　　　　　　　　　　　By [signature] Lucille Carr

USCA SAO CJK

APR 15 2005

— Issued as Mandate: 5/25/05 —