UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------- X
LINDA UNGERLEIDER,                    :
                                      :   CIVIL ACTION NO.:
      Plaintiff                    :   3:02CV659(AVC)
                                      :
v.                                    :
                                      :
FLEET MORTGAGE GROUP OF               :
FLEET BANK [sic],                     :
                                      :
      Defendant                    :   JUNE 17, 2005
---------------------------------------------------- X

## MOTION TO RENEW BILL OF COSTS

    Defendant Washington Mutual Bank FA, as successor in interest by operation of law to Washington Mutual Home Loans, Inc., the successor by merger to Fleet Mortgage Corporation ("FMG"), hereby respectfully moves to renew its Bill of Costs in the above-captioned matter. In support of its motion, FMG represents as follows. On August 12, 2004, this Court entered judgment on behalf of FMG and dismissed the complaint filed by plaintiff Linda Ungerleider. On September 3, 2004, in accordance with Fed. R. Civ. P. 54(d)(1), FMG filed its Bill of Costs with supporting documentation in the amount of $3,578.17. On or about September 20, 2004, plaintiff filed a Motion to deny Bill of Costs, to which FMG replied on September 27, 2004.

    On January 19, 2005, this Court denied FMG's Bill of Costs "without prejudice to renewal after the plaintiff's appeal has been resolved by the United States Court of Appeals." On April 15, 2005, the United States Court of Appeals for the Second Circuit dismissed plaintiff's appeal on the basis that she had failed to show the appeal had "likely merit" and failed to raise any "non-frivolous issues". The Court of Appeals issued its Order as a Mandate on

May 25, 2005. Based upon the foregoing, FMG now moves to renew its Bill of Costs in the amount of $3,578.17. *See* Exhibit A.

Respectfully submitted,

THE DEFENDANT
WASHINGTON MUTUAL BANK, FA as
successor in interest by operation of law to
Washington Mutual Home Loans, Inc., the
successor by merger to Fleet Mortgage Corporation

By: *[signature]*
Beverly W. Garofalo (ct10439)
Brown Raysman Millstein Felder
 & Steiner, LLP
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT  06103
(860) 275.6400

HARTFORD 122255v1

## CERTIFICATION

       This is to certify that on June 17, 2005, a true copy of the foregoing Motion to Renew Costs was sent via first-class mail, postage prepaid, to:

Ellen M. Telker, Esq.
564 Boston Post Road
Milford, CT 06460

Linda Ungerleider
12 Baldwin Street
West Haven, CT 06516

                                                */s/ Beverly W. Garofalo*
                                                Beverly W. Garofalo

# EXHIBIT A

# United States District Court
DISTRICT OF CONNECTICUT

LINDA UNGERLEIDER

                Plaintiff,

v.

FLEET MORTGAGE GROUP
OF FLEET BANK [sic],
                Defendant.

**BILL OF COSTS**

Civil Action Number: **3:02CV659(AVC)**

A judgment having been entered in the above entitled action on August 12, 2004 dismissing the Complaint, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ _____ |
| Fees for service of subpoenas | **89.60** |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | **3,488.57** |
| Fees and disbursements for printing | _____ |
| Fees for witnesses (itemize on reverse side) | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | _____ |
| Docket fees under 28 U.S.C. ' 1923 | _____ |
| Costs as shown on Mandate of Court of Appeals | _____ |
| Compensation of court-appointed experts | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. ' 1828 | _____ |
| Other costs (please itemize) | _____ |
| **Total** | **$ 3,578.17** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

    Ellen Telker, Esq.              Linda Ungerleider
    564 Boston Post Road       12 Baldwin Street
    Milford, Connecticut 06460  West Hartford, CT 06516

Signature of Attorney: _Beverly W. [signature]_

Name of Attorney: __Beverly Garofalo__

For: Defendant Washington Mutual Bank, FA as successor in interest by operation of law to Washington Mutual Home Loans, Inc., the successor by merger to Fleet Mortgage Corporation    Date: June 17, 2005
                Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment

_____  By: _____  _____
Clerk of Court                   Deputy Clerk                 Date

| WITNESS FEES (computation, cf. 28 U.S.C. ' 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME and RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Costs Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

# ITEMIZATION OF BILL OF COSTS

## Defendant's Deposition Transcript Costs

Linda Ungerleider
- Appearance Fee 5/8/03..................................................................$80.00
- Original and One Copy...............................................................$924.30
- Shipping and Handling..................................................................$8.00
- 6% Sales Tax............................................................................$60.74
- Total....................................................................................$1073.04

Linda Ungerleider
- Appearance Fee 7/14/03................................................................$80.00
- Original and One Copy..............................................................$1185.00
- Shipping and Handling..................................................................$8.00
- 6% Sales Tax............................................................................$76.38
- Total....................................................................................$1349.38

Kevin Moran
- One Copy of 9/4/03 Transcript.......................................................$144.00
- Shipping and Handling..................................................................$8.00
- 6% Sales Tax............................................................................$18.24
- Total......................................................................................$170.24

Joseph Traester
- Appearance Fee 7/21/03................................................................$80.00
- Original and One Copy...............................................................$189.60
- Shipping and Handling..................................................................$8.00
- 6% Sales Tax............................................................................$16.66
- Witness Fee.............................................................................$41.00
- Total......................................................................................$335.26

Joseph Dellapuca
- Appearance Fee 7/28/03................................................................$80.00
- Original and One Copy...............................................................$126.40
- Shipping and Handling..................................................................$8.00
- 6% Sales Tax............................................................................$12.87
- Witness Fee.............................................................................$42.00
- Total......................................................................................$269.27

James Burton
- Appearance Fee 5/8/03..................................................................$80.00
- Original and One Copy...............................................................$114.55
- Shipping and Handling..................................................................$8.00
- 6% Sales Tax............................................................................$12.15
- Total......................................................................................$214.70

Barbara Tartaglio
    Original and One Copy................................................................................$68.00
    Shipping and Handling................................................................................$4.00
    6% Sales Tax..............................................................................................$4.32
    Total..........................................................................................................$76.32

**TOTAL DEPOSITION COSTS.........................................................$3,488.57**

*Please see Exhibit A for documentation to support the total costs, exclusive of those costs not listed as taxable under L.Civ.R.54.*

### Defendant's State Marshal Fees

Service of Subpoena upon Joseph Dellapuca of Laurel Gardens-5/13/03

Service Fee.................................................................................................$30.00
Copies..........................................................................................................$6.00
Endorsements..................................................................................................80
Travel........................................................................................................$15.00
Total..........................................................................................................$51.80

Service of Subpoena upon Joseph Traester of New Haven Savings Bank-7/8/03

Service Fee.................................................................................................$30.00
Copies..........................................................................................................$2.00
Endorsements..................................................................................................80
Travel..........................................................................................................$5.00
Total..........................................................................................................$37.80

**TOTAL STATE MARSHAL COSTS........................................................$89.60**

*Please see Exhibit B for documentation of State Marshal costs.*

## Brandon Smith Reporting Service, LLC®

44 Capitol Avenue
Hartford, CT 06106

| Date | Invoice# | Paid |
|---|---|---|
| 5/23/2003 | 966pr | 6/27/2003 |

**Billed to:**
Beverly Garofalo
Brown Raysman Millstein Felder & Steiner
185 Asylum St., 10th Floor
Hartford, CT 06103

| | |
|---|---|
| Date | 5/8/2003 |
| Time | 1000 |
| Witness | Ungerleider, Linda |
| Case | Ungerleider vs Fleet Mortgage |
| Venue | |
| Case # | |
| File No. | |
| Claim No. | |

| Description | Quan | Total |
|---|---|---|
| Multipage Condensed | 1 | $30.00 |
| Appearance | 1 | $80.00 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $62.54 |
| Original and One | 234 | $924.30 |

|   |   |
|---|---|
| Invoice Total | $1,104.84 |
| Payments | $1,104.84 |
| Balance Due | $0.00 |

Exhibit A

# Brandon Smith Reporting Service, LLC®

44 Capitol Avenue
Hartford, CT 06106

| Date | Invoice# | Paid |
|---|---|---|
| 7/28/2003 | 5413BL | 8/26/2003 |

**Billed to:**
Beverly Garofalo
Brown Raysman Millstein Felder & Steiner
185 Asylum St., 10th Floor
Hartford, CT 06103

| | |
|---|---|
| Date | 7/21/2003 |
| Time | 300 |
| Witness | Joseph Traester |
| Case | Ungerleider vs Fleet Mortgage |
| Venue | |
| Case # | |
| File No. | |
| Claim No. | |

| Description | Quan | Total |
|---|---|---|
| Original and One | 48 | $189.60 |
| Appearance | 1 | $80.00 |
| Multipage Condensed | 1 | $30.00 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $18.46 |
| **Invoice Total** | | **$326.06** |
| **Payments** | | **$326.06** |
| **Balance Due** | | **$0.00** |

```
BROWN RAYSMAN MILLSTEIN                                        2007
FELDER & STEINER LLP
OFFICE ACCOUNT
185 ASYLUM STREET, CITY PLACE II                              51-7010/2111
HARTFORD, CT 06103                    DATE  6/30/03           BRANCH 160

PAY
TO THE
ORDER OF   Joe Traester                               $  41.00

         Forty-one and 00/100  ****************                    DOLLARS

WEBSTER BANK
Webster Plaza, Waterbury, CT 06702
FOR    20669/1, witness fee                    [signature]

     ⑆002007⑆  ⑈211170101⑈  0009163267⑈
```

## Brandon Smith Reporting Service, LLC®

44 Capitol Avenue
Hartford, CT 06106

| Date | Invoice# | Paid |
|---|---|---|
| 8/6/2003 | 5633BL | 10/9/2003 |

**Billed to:**
Beverly Garofalo
Brown Raysman Millstein Felder & Steiner
185 Asylum St., 10th Floor
Hartford, CT 06103

| | |
|---|---|
| Date | 7/28/2003 |
| Time | 300 |
| Witness | Person Most Knowledgeable- Laurel Gardens |
| Case | Ungerleider vs Fleet Mortgage |
| Venue | |
| Case # | |
| File No. | |
| Claim No. | |

| Description | Quan | Total |
|---|---|---|
| Original and One | 32 | $126.40 |
| Appearance | 1 | $80.00 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $12.86 |

| | |
|---|---|
| **Invoice Total** | **$227.26** |
| **Payments** | **$227.26** |
| **Balance Due** | **$0.00** |



BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP — OFFICE ACCOUNT
185 ASYLUM STREET, CITY PLACE II, HARTFORD, CT 06103

2008

PAY TO THE ORDER OF: Laurel Gardens

Forty-two and 00/100 ************************

DATE 7/1/03   $ 42.00

WEBSTER BANK
Webster Plaza, Waterbury, CT 06702

FOR 20669/1, witness fee

## Brandon Smith Reporting Service, LLC®

44 Capitol Avenue
Hartford, CT 06106

| Date | Invoice# | Paid |
|---|---|---|
| 9/3/2003 | 1242pr | 1/6/2004 |

**Billed to:**
Beverly Garofalo
Brown Raysman Millstein Felder & Steiner
185 Asylum St., 10th Floor
Hartford, CT 06103

| | |
|---|---|
| Date | 8/29/2003 |
| Time | 1100 |
| Witness | Burton, James |
| Case | Ungerleider vs Fleet Mortgage |
| Venue | |
| Case # | |
| File No. | |
| Claim No. | |

| Description | Quan | Total |
|---|---|---|
| Original and Three | 29 | ~~$134.85~~ |
| Appearance | 1 | $80.00 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $13.37 |

*(handwritten: original plus 1 copy 114.55)*

| | |
|---|---|
| Invoice Total | $236.22 |
| Payments | $236.22 |
| Balance Due | $0.00 |

## Brandon Smith Reporting Service, LLC®

44 Capitol Avenue
Hartford, CT 06106

| Date | Invoice# | Paid |
|---|---|---|
| 10/2/2003 | 1462pr | 1/6/2004 |

**Billed to:**
Beverly Garofalo
Brown Raysman Millstein Felder & Steiner
185 Asylum St., 10th Floor
Hartford, CT 06103

| | |
|---|---|
| **Date** | 9/4/2003 |
| **Time** | 100 |
| **Witness** | Moran, kevin |
| **Case** | Ungerleider vs Fleet Mortgage |
| **Venue** | |
| **Case #** | |
| **File No.** | |
| **Claim No.** | |

| Description | Quan | Total |
|---|---|---|
| Copy | 64 | $144.00 |
| Multipage Condensed | 1 | $30.00 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $10.92 |

| | |
|---|---|
| Invoice Total | $192.92 |
| Payments | $192.92 |
| Balance Due | $0.00 |

## Brandon Smith Reporting Service, LLC®

44 Capitol Avenue
Hartford, CT 06106

| Date | Invoice# | Paid |
|---|---|---|
| 7/24/2003 | 5370BL | 2/2/2004 |

**Billed to:**
Beverly Garofalo
Brown Raysman Millstein Felder & Steiner
185 Asylum St., 10th Floor
Hartford, CT 06103

| | |
|---|---|
| **Date** | 7/14/2003 |
| **Time** | 1000 |
| **Witness** | Ungerleider, Linda |
| **Case** | Ungerleider vs Fleet Mortgage |
| **Venue** | |
| **Case #** | |
| **File No.** | |
| **Claim No.** | |

| Description | Quan | Total |
|---|---|---|
| Original and One | 300 | $1,185.00 |
| Appearance | 1 | $80.00 |
| Livenote | 300 | $450.00 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $103.38 |

| | |
|---|---|
| **Invoice Total** | $1,826.38 |
| **Payments** | $1,826.38 |
| **Balance Due** | $0.00 |

*JUDI A. ROBERTS REPORTING SERVICES*
*85 VISCOUNT DRIVE - NO. 15F*
*MILFORD, CT   06460*
*OFFICE AND FAX   203   876-7018*


June 23, 2003


TO:   BROWN, RAYSMAN, MILLSTEIN, FEDLER & STEINER, LLP
      CityPlace II
      185 Asylum Street
      Hartford, CT   06103
      ATTN:   BEVERLY W. GAROFALO, ATTORNEY-AT-LAW


CASE:      Linda Ungerleider vs Fleet Mortgage Group
           of Fleet Bank
WITNESS:   Barbara Tartaglio
DATE:      June 20, 2003


| | |
|---|---:|
| Copy of Transcript | $ 68.00 |
| Compressed transcript w/index | 25.00 |
| ASCII Disc | 10.00 |
| Subtotal | $103.00 |
| CT Sales Tax | 6.18 |
| Postage | 4.00 |
| TOTAL............................ | $113.18 |


ID# 021353616
Due and payable upon receipt

**Exhibit B**

## UNITED STATES DISTRICT COURT

U.S. District Court

                        ss:  Woodbridge, May 13, 2003

District of Connecticut

     Then I made due service of the within Subpoena by reading the same in the presence and hearing of and leaving a true copy thereof with the following person(s):

                        NAME

**LAUREL GARDENS,** by leaving with and in the hands of Louise Ford, Director of Human Resources, who is duly authorized to accept service and who accepted service, and paid/tendered (to each) the fees allowed by law.

     The within is a true copy of the original Subpoena.

                                          ATTEST:

                                          EVE L. MILLER
                                          AN INDIFFERENT PERSON

Fees:
| | |
|---|---|
| Service Fee | $30.00 |
| Copies | 6.00 |
| Endorsements | .80 |
| Travel | 15.00 |
| Witness | 55.00 by attorney |
| | $ 51.80 |

## UNITED STATES DISTRICT COURT

U.S. District Court

                ss:   New Haven, July 8, 2003

District of Connecticut

    Then I made due service of the within Subpoena by reading the same in the presence and hearing of and leaving a true copy thereof with the following person(s):

**JOSEPH TRAESTER, NEW HAVEN SAVINGS BANK**, by leaving with and in his hands of Penny Mason, Esq., Tyler Cooper & Alcorn, LLP, his attorney, who is duly authorized to accept service and who accepted service, and paid/tendered (to each) the fees allowed by law.

    The within is a true copy of the original Subpoena.

ATTEST:

EVE L. MILLER
NEW HAVEN COUNTY
AN INDIFFERENT PERSON

Fees:
| | |
|---|---|
| Service Fee | $30.00 |
| Copies | 2.00 |
| Endorsements | .80 |
| Travel | 5.00 |
| Witness | 41.00 by attorney |
| | $ 37.80 |



JUL - 9 2003