UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------- X
LINDA UNGERLEIDER,                :
                                  :   CIVIL ACTION NO.:
         Plaintiff                :   3:02CV659(AVC)
                                  :
    v.                            :
                                  :
FLEET MORTGAGE GROUP OF           :
FLEET BANK [sic],                 :
                                  :
         Defendant                :   JUNE 17, 2005
---------------------------------------------------- X

## MOTION TO RENEW BILL OF COSTS

Defendant Washington Mutual Bank FA, as successor in interest by operation of law to Washington Mutual Home Loans, Inc., the successor by merger to Fleet Mortgage Corporation ("FMG"), hereby respectfully moves to renew its Bill of Costs in the above-captioned matter. In support of its motion, FMG represents as follows. On August 12, 2004, this Court entered judgment on behalf of FMG and dismissed the complaint filed by plaintiff Linda Ungerleider. On September 3, 2004, in accordance with Fed. R. Civ. P. 54(d)(1), FMG filed its Bill of Costs with supporting documentation in the amount of $3,578.17. On or about September 20, 2004, plaintiff filed a Motion to deny Bill of Costs, to which FMG replied on September 27, 2004. On January 19, 2005, this Court denied FMG's Bill of Costs "without prejudice to renewal after the plaintiff's appeal has been resolved by the United States Court of Appeals." On April 15, 2005, the United States Court of Appeals for the Second Circuit dismissed plaintiff's appeal on the basis that she had failed to show the appeal had "likely merit" and failed to raise any "non-frivolous issues". The Court of Appeals issued its Order as a Mandate on

*[Handwritten margin annotation:]* There being no objection, the motion is granted.
Alfred V. Covello, U.S.D.J.
August 16, 2005.
SO ORDERED.