# SMALL CLAIMS WRIT AND NOTICE OF SUIT

JD-CV-40 Rev. 4-01
C.G.S. § 51-15
Pr. Bk. § 24-1 et seq.

**CONNECTICUT SUPERIOR COURT**
**SMALL CLAIMS SESSION**

*Type or print legibly. Complete original and make one copy for each party to the action. File the original and all copies with the clerk. Also, include one "Instructions to Defendant" for each defendant and submit the appropriate entry fee.*

DOCKET NO. SC
ANSWER DATE

**SMALL CLAIMS AREA LOCATION**
☐ G.A.  ☐ HOUSING SESSION AT:  ☐ JUDICIAL DISTRICT AT:

**NAME, ADDRESS AND ZIP CODE OF PLAINTIFF #1**
JOHN BRANDON
BRANDON Smith Reporting Service
44 Capitol Ave
HARTFORD CT 06106

TELEPHONE NO.: 860 549 1850
☐ INDIVIDUAL  ☒ CORPORATION

**NAME, ADDRESS AND ZIP CODE OF DEFENDANT #1**
Ellen M. Telker
564 Boston Post Road
Milford CT 06460

TELEPHONE NO.: 203-543-5601
☒ INDIVIDUAL  ☐ CORPORATION

**YOU ARE BEING SUED.**
THE ABOVE PLAINTIFF(S) **CLAIMS YOU OWE** → $1671.94

PLUS COSTS, FOR THE FOLLOWING REASONS:

We performed Court Reporting Services for Defendant, despite numerous bills and phone calls, we haven't been paid.

*The undersigned, being duly sworn, deposes and says that the signer has read the claim and, to the best of the signer's knowledge, information and belief, there is good ground to support it.*

SIGNED: X John Brandon

TYPE IN NAME AND TITLE OF PERSON SIGNING AT LEFT:
John Brandon - Owner

SUBSCRIBED AND SWORN TO BEFORE ME ON (Date): 2/27/04

MARITZA MUNOZ
NOTARY PUBLIC
MY COMMISSION EXPIRES AUG. 31, 2007

**MILITARY SERVICE AFFIDAVIT**

The undersigned deposes and says:
☒ that the undersigned is unable to determine whether or not the defendant(s) in this action are in the military or naval service of the United States.
☐ that the defendant is in the military or naval service of the United States.
☐ that no defendant in this action is in the military or naval service of the United States, and that, to the personal knowledge of the undersigned (state facts showing defendant is not in such service)

SIGNATURE AND TITLE X John Brandon - Owner

SUBSCRIBED AND SWORN TO BEFORE ME ON (Date): 02/27/04
Maritza Munoz
NOTARY PUBLIC
MY COMMISSION EXPIRES AUG. 31, 2007

**RECEIVED**
MAR 18 2004
SMALL CLAIMS
SUPERIOR COURT G.A. #2

3/18/2004

DISTRIBUTION: ORIGINAL - Court  COPY1 - Defendant  COPY2 - Defendant  COPY3 - Plaintiff

www.jud.state.ct.us

# Brandon Smith Reporting Service, LLC                                    Invoice

44 Capitol Avenue
Hartford, Ct. 06106
06-1448649
Phone: (860) 549-1850      Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Thursday, October 02, 2003 | 1461pr |

*Handwritten:* Kate Kowalskhany Esq.
1860 522 8296
Kathleen Kowalyshyn
363 Many St
Hartford 06106

Ellen M. Telker
Ellen M. Telker
564 Boston Post Road
Milford, CT 06460

Re:

Phone:                    Fax:

| | |
|---|---|
| Witness: | Moran, kevin |
| Case: | Ungerleider vs Fleet Mortgage |
| Venue: | |
| Case #: | |
| Date: | 9/4/2003 |
| Start Time: | 1:00 PM |
| End Time: | :0 |
| Reporter: | Margaret Sharpe |
| Claim #: | |
| File #: | 8454ss |

| Description | Quan | Total |
|---|---|---|
| Original and One | 64 | $252.80 |
| Appearance | 1 | $80.00 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $20.45 |
| Sub Total | | $361.25 |
| Payments | | $0.00 |
| Balance Due | | $361.25 |

Fed. I.D. # 06-1448649
We Accept Mastercard, Visa and American Express.

*Handwritten notes:*

bal 950.

9/2/04 ck 4798    -150
            bal 800
10/2/04 ck 4832   -150
            bal 650
10/31/04 4860    -150
11/28/04 4895    bal 500
                  -150
12/23/04 4934    bal 350
                  -150
1/24/05 4972     bal 200
                  -150
2/27/05 5003     bal 50
                  -50  Bal 0

due 1671.94
   -100.00  ck # 4615 4/25/04
bal 1571.94
   -171.94  ck 4648 5/10/04
bal 1400.00
   -150.00  ck 4712 6/28/04
   1250.—
   -150—  ck 4747 7/23/04
   1100.
   -150  ck 4756 8/6/04

Jon Smith Reporting Service, LLC                                         Statement

Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850      Fax: (860) 549-1537

| Date |
|---|
| 1/7/2004 |

Ellen M. Telker
Ellen M. Telker
564 Boston Post Road

Milford, CT 06460

Phone    (203) 543-560_
Fax

*handwritten notes: "ask for lump sum", "LM 1-22-04", "2-5-04", "Will make monthly payments until paid back", "with amount"*

| Invoice # | Billed | Job Date | Witness | Claim No. | File No. | Balance |
|---|---|---|---|---|---|---|
| Ungerfelder vs Fleet Mortgage | | | | | | $361.25 |
| 1461pr | 10/2/2003 | 9/4/2003 | Moran, kevin | | | $566.57 |
| 4521rr | 5/28/2003 | 5/8/2003 | Ungerfelder, Linda | | | $122.96 |
| 5415BL | 7/28/2003 | 7/21/2003 | | | | $418.81 |
| 5591BL | 8/5/2003 | 7/22/2003 | Paquin, Rachel | | | $202.35 |
| 5592BL | 8/5/2003 | 7/22/2003 | Moran, kevin | | | |

Case Total    $1,671.94
Grand Total   $1,671.94

*signature: John Brandon*

We accept Visa, Mastercard and American Express!