112

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 AUG 23 P 3:15
DISTRICT COURT
HARTFORD, CT.

LINDA UNGERLEIDER,
PLAINTIFF

V.

CIVIL ACTION NO:
3:02cv659(AVC)

FLEET MORTGAGE GROUP OF
FLEET BANK,
DEFENDANT

August 18,2005

MOTION TO APPEAL DECISION TO GRANT BILL OF COSTS FEES TO FLEET MORTGAGE

The Attorney representing my case, Ellen Telker, Esquire did not respond to the Defendant's Motion for Bill of Costs filed June 17, 2005. She took my case on "Contingency" with no contract or fee schedule arrangement. Court costs and fees were never discussed with me. I had no knowledge of these fees. My experience with the CHRO was without fee. I assumed the same, with a naïve assumption that

3:02cv659 (AVC). August 26, 2005. On January 19, 2005, the clerk of the court denied the defendant's bill fo costs without prejudice to its renewal after the plaintiff's appeal had been resolved. On April 15, 2005, the Court of Appeals resolved the appeal by entering an order dismissing it. On August 16, 2005, the court granted the defendant's motion to renew its bill of costs. With that order, the court directed the renewed bill to the clerk for consideration and judgment. On August 23, 2005, the plaintiff filed the present motion - a motion which the court construes as a motion seeking reconsideration of the court's August 16, 2005 order. The motion for reconsideration is GRANTED. The relief request, however, is DENIED, as there is no meritorious argument presented why the bill of costs should not be renewed for consideration by the clerk. As the clerk has not yet ruled on the bill of costs, the plaintiff may file objections to the bill as permitted under Local Rule 54(b). After the clerk has ruled, the plaintiff may seek review of that ruling in accordance with Local Rule 54(d).

SO ORDERED.

Alfred V. Covello, U.S.D.J.

FILED
2005 AUG 26 P 1:22
DISTRICT COURT
HARTFORD, CT.