UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LINDA UNGERLEIDER,
PLAINTIFF

V.                                                    CIVIL ACTION NO.
                                                      3:02cv659(AVE)

FLEET MORTGAGE GROUP OF
FLEET BANK,
DEFENDANT

## RESPONSE TO OPPOSITION OF MY MOTION TO REQUEST RECONSIDERATION OF BILL OF COSTS

1. Defendant did not serve or send certified to Pro Se, their "Motion to Renew their Bill of Costs" according to Local Rule 4(b). This caused Pro Se to file response in an untimely manner.

This Defendant should be denied their Bill of Costs due to this legal error.

This Defendant might be confused. At the time they filed their initial "Motion for Bill of Costs" that was denied, they sent it to my then, represented Counsel Ellen Telker. When they filed the "renewal motion" I was pro se. They have not proven to this court that they sent "Pro Se" this Renewal Motion.

2. Defendant of the long, drawn out, traumatic and horrific nightmare, further insults Pro Se by adding their last deep stabbing prowess remark by Stating to this Clerk that "none of my claims has any exceptional public

Importance." Tell that to the Rabbi Herbert Brockman, copy of today's Newspaper article of him. Rabbi Brockman simply wanted to take his current Fleet Mortgage of 16 years and refinance it with Fleet as did most everyone. He was approved. He met his normal conditions. The employee that is still gainfully employed at Fleet, denied this Rabbi, this Citizen of the US, the "clear to close." Even though this Rabbi put this in a statement as "material fact" these Courts denied this as "merit." The financial and experience prowess of the Defendant's counsel is what won their case. Not their facts. Since they are so experienced, they should have followed local rules of this Court.

Please deny this outrageous bill and end the hardship that we have endured. They should be greatful that I did not choose the one Attorney that wanted to take my case, pro bono "if I went public" The claims that the CHRO found to have "merit" certainly are of "public importance."

Respectfully submitted,

Linda Ungerleider
12 Baldwin Street
West Haven, CT 06516
203-231-3002

Cc: Beverly Garafalo, Esquire

SUBSCRIBED AND SWORN TO BEFORE ME, A NOTARY PUBLIC, IN AND FOR COUNTY OF New Haven AND STATE OF CONNECTICUT, THIS 12th DAY OF October 20 05

NOTARY PUBLIC

My Commission Expires
June 30, 2009