UNITED STATES DISTRICT COURT
STATE OF CONNECTICUT

Linda Ungerleider, plaintiff

v.                                                    Case No. 3:02CV659(AVC)

Fleet Mortgage Group, Defendant

MOTION TO PLEAD RESPONSE NEEDED FROM DEFENDANT IN
ORDER TO PAY BILL OF COSTS RULED BY THIS COURT

MOTION FOR EXPLANATION OF NOV. 22, 2005 RULING

MOTION FOR ASSISTANCE OF COUNSEL

On  Friday, November 18, 2005, I placed a call to the Defendant's

Attorney Beverly Garofalo, to arrange a payment schedule

to pay the "Bill of Costs".  My call was returned. I informed a "Kristine"

that my father had passed away Oct. 22, 2005 and that my husband lost

his job two weeks after that from a major company in CT where he worked

20 years.  We will lose all income and medical benefits at age 55.  I received

absolutely no response until I noticed an "activity" a few days later whereas

Ms. Garofalo filed a "motion to reconsider Bill of Cost" on Nov. 21, 2005.

The very next day, one day prior to Thanksgiving, Judge Alfred V. Covello

Ruled "that the motion for relief of Bill of Costs was moot."  This "activity"

Referred to docket ll4.

I plead motion for explanation.  What is the Bill of Costs as ruled by this

Court?  Did the Judge believe that I (Plaintiff) was again, requesting relief?
What can I do to get Fleet to give me this bill and/or arrange a fair payment
Based on our circumstances?  I have been working as an adjunct for a State
College since 2003; however, it is only part-time.

I have been denied "assistance of counsel" in the appeals process without the
Court asking for financial considerations.  The Defendant during summary
Judgement process refused to provide or comply with any discovery requests
That I needed to support my claims.  I was denied the opportunity to submit
New material facts to my claims and did not have counsel to assist me in the
Appeals process.  Now the Defendant is not billing me so that I can take care
of this responsibility as I do all my bills.

May this Court provide me with the Assistance of Counsel to resolve this
case once and for all.

Respectfully submitted,

Linda Ungerleider
12 Baldwin Street
West Haven, CT  06516

Cc: Beverly Garafalo, Esq.