UNITED STATES DISTRICT COURT
STATE OF CONNECTICUT

Linda Ungerleider, plaintiff

v.

Case No. 3:02CV659(AVC)

Fleet Mortgage Group, Defendant

MOTION TO PLEAD RESPONSE NEEDED FROM DEFENDANT IN ORDER TO PAY BILL OF COSTS RULED BY THIS COURT

MOTION FOR EXPLANATION OF NOV. 22, 2005 RULING

MOTION FOR ASSISTANCE OF COUNSEL

On Friday, November 18, 2005, I placed a call to the Defendant's Attorney Beverly Garofalo, to arrange a payment schedule to pay the "Bill of Costs". My call was returned. I informed a "Kristine" that my father had passed away Oct. 22, 2005 and that my husband lost

3:02cv659 (AVC). December 13, 2005. Construed as a motion seeking articulation and for appointment of counsel, the motion is GRANTED in part and DENIED in part. The motion is granted to the extent it seeks articulation of the court's November 22, 2005 order. This order simply denied as moot the plaintiff's September 14, 2005 motion (document no. 114) requesting the clerk to relieve the plaintiff of the bill of costs. The motion was determined to be moot because, on November 7, 2005, the clerk of the court entered a ruling allowing in part the bill of costs. The only pending motion at this time is the defendant's request for reconsideration of that ruling (document no. 118). Although the plaintiff's response to that motion is already due, the court shall extend the deadline for the plaintiff to file her responsive memorandum to December 20, 2005. The motion is denied to the extent it seeks appointment of counsel.

SO ORDERED.

Alfred V. Covello, U.S.D.J.