

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------ X
LINDA UNGERLEIDER,                               :
                                                 :   CIVIL ACTION NO.:
    Plaintiff                                    :   3:02CV659(AVC)
                                                 :
v.                                               :
                                                 :
FLEET  MORTGAGE  GROUP  OF                       :
FLEET BANK [sic],                                :
                                                 :
    Defendant                                    :   NOVEMBER 21, 2005
------------------------------------------------ X

### DEFENDANT'S REQUEST FOR RECONSIDERATION OF RULING ON DEFENDANT'S BILL OF COSTS

Pursuant to the Court's Ruling on Defendant's Bill of Costs, Defendant Washington Mutual Bank, FA as successor in interest by operation of law to Washington Mutual Home Loans, Inc., the successor by merger to Fleet Mortgage Corporation ("FMG"), seeks the Court's reconsideration of its partial denial of the costs detailed in FMG's Bill of Costs. In support of this request, FMG submits the following additional information relating to the costs.

Pursuant to 28 U.S.C. § 1920 and Local Rule 54(c)(2), the cost of an original and one

```
3:02cv659 (AVC). December 22, 2005. The is a motion seeking
reconsideration of the bill of costs awarded by the clerk of the
court. Although the court allowed the plaintiff an extension of
time beyond the 21 day time period for filing a response, no
response has been forthcoming. Having reviewed the motion for
reconsideration, the motion is GRANTED in part. In addition to
the costs previously allowed, the court shall also allow: (1)
$269.27 for transcript charges in connection with the deposition
of Joseph Dellapuca; and (2) $76.32 for a copy of the transcript
of deposition of Barbara Tartaglio. The motion for
reconsideration is DENIED in all other respects.

SO ORDERED.
                                    Alfred V. Covello, U.S.D.J.
```