UNITED STATES DISTRICT COURT
STATE OF CONNECTICUT

LINDA UNGERLEIDER,
PLAINTIFF

V.                                              CIVIL NO. 3:02cv658(AVC)

FLEET MORTGAGE,
DEFENDANT

MOTION FOR RECONSIDERATION OF RULING DATED DECEMBER 22, 2005 FOR ADDITIONAL BILL OF COSTS AND A MOTION TO EXTEND REPLY DUE TO UNUSUAL CIRCUMSTANCES

Motion to request extension of time to reply to "Motion for Reconsideration

Of Bill of Costs due to unusual circumstances. After the death of my

Father Oct. 22, 2005, I left to help my 80 year old mother move out

Of her apartment and then drove her and her belongings to FLA and

I have been away for several weeks. I left believing that my "motion

For Assistance of Counsel and explanation of Bill of Costs" was my

Responsibility. I did not receive a written ruling. The electronic

Summary activity requires that you have a "password and register"

To get explanations.

In addition, as this Court has been made aware, my husband lost his

Job after twenty years. We stopped at libraries along the way so that

He could check on their computers for responses to job applications.

In checking our email, I learned of the ruling that required me to respond. Unfortunately, this was December 19th, 2005. I had until Dec. 20, 2005. Expecting that I could at least email or fax a response since my former Attorney faxed requests for extensions during the summary judgment, I Was informed that I was not allowed to fax or email and that it had to be In the Court's system on the 20th.

I had no access to a PC that had an attached printer. We rode around With my elderly, ill, very depressed mother trying to find a Kinko as well On December 19th, 2005 after learning of the 20th deadline.

More importantly, "Kristi Mackin" of the FMG Legal Counsel, has already Agreed for us to pay $100.00 a month for the $2589.10 that this Court Determined as the Bill of Costs.

This Court should be aware that "Joseph Dellapucca" for whom this Court Apparently relied on some of his testimony, was fired from his position As Executive Director of Laurel Gardens of Woodbridge. Also, all six Director of Sales, since left Laurel Gardens of Woodbridge have also been Fired and worked each a total of six weeks to six months.

I believed this case to be closed and settled my responsibility with FMG to Pay their $2586.10 to Washington Mutual Bank as I received an email From a Kristi E. Mackin from Browns, Raysman Group for FMG.

A copy of their email allowing us to make schedule payments is attached. Would this Court consider our financial hardship and that payment to Washington Mutual Bank of $100 a month to pay off the $2589.10 Has already been apparently accepted prior to this Court's Dec. 22, 2005 Ruling.

Respectfully submitted,

Linda Ungerleider
12 Baldwin Street
West Haven, CT 06516
Cc: Kristi Mackin, for Beverly Garafalo, Esquire

SBC Yahoo! Mail

**YAHOO! MAIL**

Welcome, ungerleider@sbcgl...
[Sign Out, My Account]

Search the Web [      ] [Search]

Mail Home | ? **Help**

| Mail | Addresses ▼ | Calendar ▼ | Notepad ▼ | **What's New** - **Mail For Mobile** - **Upgrades** - **Options** |

**Folders** [Add - Edit]
- **Inbox (11)**
- Draft
- Sent
- Bulk [Empty]
- Trash [Empty]

**My Folders** [Hide]
- AM EX Blue
- Anthem
- Checkmark
- Dare
- Horowitz
- ING Direct
- Mens Club
- PRIDE
- Phalen
- Special
- Telker

Previous | Next | Back to Messages

This message is not flagged. [ Flag Message - Mark as Unread ]

**From:** "Mackin, Kristi E." <KMackin@brownraysman.com>   Add to Address Book
**To:** "'ungerleider@sbcglobal.net'" <ungerleider@sbcglobal.net>
**Subject:** RE: Ungerleider v. FMG
**Date:** Tue, 20 Dec 2005 13:14:07 -0500

As a follow up, please direct payments, payable to Bank",
to:

Richard B. Davis
Vice President & Counsel
Washington Mutual Bank, FA
Legal Department, N110701
9200 Oakdale Avenue
Chatsworth, CA   91311

However, please continue to contact me directly for concerns.  The payments will be due by the 1st of e

Again, happy holidays and good luck in 2006.


>     -----Original Message-----
> From:     Mackin, Kristi E.
> Sent:     Tuesday, December 20, 2005 12:50 PM
> To: 'ungerleider@sbcglobal.net'
> Subject:     Ungerleider v. FMG
>
> Hello:
>
> This message is in response to your December 16,

SBC Yahoo! Mail - ungerleider@sbcglobal.net    Page 1 of 2

Case 3:02-cv-00689-AVC    Document 123    Filed 12/28/2005    Page 5 of 6

SBC Yahoo! Mail



Welcome, **ungerleider@sbcgl...**
[Sign Out, My Account]

Search the Web [_____] [Search]

Mail Home | ? **Help**

| Mail | Addresses ▼ | Calendar ▼ | Notepad ▼ | What's New - Mail For Mobile - Upgrades - Options |

**Folders** [Add - Edit]
- **Inbox (12)**
- Draft
- Sent
- **Bulk (4)** [Empty]
- Trash [Empty]

**My Folders** [Hide]
- AM EX Blue
- Anthem
- Checkmark
- Dare
- Horowitz
- ING Direct
- Mens Club
- PRIDE
- Phalen
- Special
- Telker

Previous | Next | Back to Messages

This message is not flagged. [ Flag Message - Mark as Unread ]

**From:** "Mackin, Kristi E." <KMackin@brownraysman.com>  Add to Address Book
**To:** "'ungerleider@sbcglobal.net'" <ungerleider@sbcglobal.net>
**Subject:** Ungerleider v. FMG
**Date:** Tue, 20 Dec 2005 12:49:51 -0500

Hello:

This message is in response to your December 16, 20
Roos of
our office.  We will accept a payment plan of $100
the
process of finding out to whom the payments should
will
let you know as soon as possible.  Should you need
future, you can reach me directly at this e-mail ad
number
listed below.

Happy holidays.


Kristi E. Mackin
Brown Raysman Millstein Felder & Steiner LLP
Cityplace II, 10th Floor
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 275-6417
Facsimile: (860) 275-6410
E-Mail: kmackin@brownraysman.com
www.brownraysman.com

This is a message from the firm of Brown Raysman Mi
Steiner,

```
LLP. The information contained in this message is p
confidential and exempt from disclosure under appli
intended only for use of the individual or entity i
the
addressee and others who have been specifically aut
it.
If you are not the intended recipient, you are here
dissemination, distribution or copying of this comm
strictly
prohibited.  If you have received this communicatio
notify
sender by telephone (860) 275-6400 or by return e-m
delete this e-mail.

> To ensure compliance with requirements imposed by
you
> that any U.S. federal tax advice contained in thi
> (including any attachments) is not intended or wr
and
> cannot be used, for the purpose of (i) avoiding p
> Internal Revenue Code or (ii) promoting, marketin
> another party any transaction or matter addressed
>
>
```



Previous | Next | Back to Messages

Copyright 2005 © Yahoo! Inc. Privacy Policy | Terms of Service | Send Feedback | Help