/23

UNITED STATES DISTRICT COURT
STATE OF CONNECTICUT

LINDA UNGERLEIDER,
PLAINTIFF

V.                                    CIVIL NO. 3:02cv659(AVC)

FLEET MORTGAGE,
DEFENDANT

MOTION FOR RECONSIDERATION OF RULING DATED DECEMBER
22, 2005 FOR ADDITIONAL BILL OF COSTS AND A MOTION TO
EXTEND REPLY DUE TO UNUSUAL CIRCUMSTANCES

Motion to request extension of time to reply to "Motion for Reconsideration

Of Bill of Costs due to unusual circumstances. After the death of my

Father Oct. 22, 2005, I left to help my 80 year old mother move out

Of her apartment and then drove her and her belongings to FLA and

I have been away for several weeks. I left believing that my "motion

For Assistance of Counsel and explanation of Bill of Costs" was my

Responsibility. I did not receive a written ruling. The electronic

Summary activity requires that you have a "password and register"

To get explanations.

In addition, as this Court has been made aware, my husband lost his

Job after twenty years. We stopped at libraries along the way so that

He could check on their computers for responses to job applications.

*(left margin, rotated):* The motion for reconsideration is granted, however, the relief requested, is denied. SO ORDERED. January 3, 2006. Alfred V. Covello, U.S.D.J.